UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHINA AI CAPITAL LIMITED,

    Plaintiff,

– against –

DLA PIPER LLP (US), and CARYN SCHECTHMAN,

    Defendant,

– and –

LINK MOTION INC. f/k/a NQ MOBILE INC.,

    Nominal Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2022

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

21 Civ. 10911 (VM)

**VICTOR MARRERO, United States District Judge.**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:

___ Habeas Corpus

___ Social Security

**X** Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: Request for pre-motion conference in Dkt. No. 18.

**X** All such motions: All those contemplated in Dkt. Nos. 16, 17, and 18.

* Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated:   July 1, 2022
        New York

                        Victor Marrero
                        U.S.D.J.