USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHINA AI CAPITAL LIMITED,

                Plaintiff,

    - against -

DLA PIPER LLP (US) ET AL.,

                Defendants.

**21-cv-10911 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On September 6, 2022, plaintiff filed a request for voluntary dismissal without prejudice under Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 23.1(c). (Dkt. No. 23.) Defendants are directed to respond within three (3) days of this Court's order to the plaintiff's request for voluntary dismissal.

**SO ORDERED.**

Dated:    September 6, 2022
           New York, New York

                                      Victor Marrero
                                      U.S.D.J.