UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHINA AI CAPITAL LTD.,

          Plaintiff,

- against -

DLA PIPER LLP (US), et al.,

          Defendant.

21-cv-10911 (VM)

ORDER

---

**VICTOR MARRERO, United States District Judge.**

The parties are directed to, within seven (7) days of the date this order, file separate letters, not to exceed three pages, addressing the following: (1) whether the decision of the Link Motion, Inc. ("LKM") Board to meet and vote on certain issues in early September 2022 violated any of the Court's orders in this matter or in <u>Baliga v. Link Motion, Inc.</u>, No. 18-cv-11642-VM (S.D.N.Y.), and how; (2) the extent of the Court's jurisdiction to address (a) any purported violations of the Court's orders by the LKM Board and (b) the LKM Board's ability to meet; and (3) whether the state court malpractice action should be removed to federal court and related to <u>Baliga v. Link Motion, Inc.</u>, No. 18-cv-11642-VM (S.D.N.Y.).

**SO ORDERED.**

Dated:    September 14, 2022
             New York, New York

                                                      _____
                                                           Victor Marrero
                                                           U.S.D.J.