# EXHIBIT A

| To: | vincent@lkmotion.com[vincent@lkmotion.com]; larry.rui.chi@gmail.com[larry.rui.chi@gmail.com] |
|---|---|
| Cc: | Kantrowitz, Jack[Jack.Kantrowitz@dlapiper.com]; Chang, Jason[Jason.Chang@dlapiper.com] |
| From: | Schechtman, Caryn G.[/O=PIPER & MARBURY/OU=PM/CN=RECIPIENTS/CN=CM11847] |
| Sent: | Thur 12/13/2018 6:19:20 PM (UTC) |
| Subject: | Fwd: Link Motion |

LKM Complaint FILED.pdf
ATT00001.htm

Please see below. Please instruct DLA if you would like us to respond. We should have a call immediately to discuss — as action will be taking place tomorrow.
In addition DLA has still not received a retainer so we would need to receive that as well.

Thank you

Sent from my iPhone

Begin forwarded message:

> **From:** <mcilento@seidenlegal.com>
> **Date:** December 13, 2018 at 12:51:27 PM EST
> **To:** <jack.kantrowitz@dlapiper.com>
> **Cc:** <jason.chang@dlapiper.com>, <caryn.schechtman@dlapiper.com>, Rob Seiden <rseiden@seidenlegal.com>
> **Subject: Link Motion**
>
> **[EXTERNAL]**
>
> Jack -
>
> I understand that you and DLA Piper represent Link Motion Inc. I wanted to reach out and let you know that I filed the attached complaint today in the SDNY against, inter alia, Link Motion.
>
> I would also like to advise you that I plan on going to the SDNY tomorrow to file an OSC for preliminary injunction and temporary receiver along with an immediate TRO against Link Motion in order to prevent any further transferring or dissipating of Link Motion assets. Please let me know if you would like to oppose this in the SDNY tomorrow. I don't have my papers finished yet, but my arguments will be based on the attached complaint.
>
> Feel free to give me a call or email to discuss.
>
> Thanks
> Mike
>
> --
> **Michael D. Cilento, Esq.**
> The Seiden Group
> Attorneys at Law
> 469 7th Ave, 5th Floor
> New York, NY 10018
> (Office) 646.766.1723
> www.seidenlegal.com
>
> CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended

recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

保密申明：本电邮(包括任何附件)可能含有机密资料并受法律保护。如您不是正确的收件人，请您立即通知寄信人并删除本邮件。请不要将本电邮进行复制并用作任何其他用途、或透露本邮件之内容。