# EXHIBIT B

| DisplayName | Name | Message | Date |
|---|---|---|---|
| wenlige2012 | 史文勇 Vincent | I completely understand. Let me see what I can do that will make the most sense and I will get right back to you. | 01/21/2019 05:48:19 |
| wenlige2012 | 史文勇 Vincent | Thanks Caryn, I fully respect and appreciate your excellent work. But at this moment, it's very hard to make any further payment arrangement, even employees' payrolls were impacted. I'm very sorry about this situation and also bear huge pressure from many parties. I still try my best to solve issues or at least to maintain the company. But it is very hard to predict the timeframe and the results. | 01/21/2019 00:22:49 |
| wenlige2012 | 史文勇 Vincent | Vincent pls respond. The other option is we also withdraw as Counsel now | 01/21/2019 00:01:15 |
| wenlige2012 | 史文勇 Vincent | I am trying to do what is best for the company but we cannot work for no payment | 01/20/2019 13:53:40 |
| wenlige2012 | 史文勇 Vincent | We can do that after we put in this response today so that it does not have to be done in a "noisy" way | 01/20/2019 13:53:13 |
| wenlige2012 | 史文勇 Vincent | Vincent - I would like your consent for us to withdraw as your counsel from the litigation if you determine not to pay us to go forward | 01/20/2019 13:52:49 |
| wenlige2012 | 史文勇 Vincent | Do you want us to do the answer. We will need some payment. Otherwise I'm not sure what to recommend. You don't want a default judgment entered. Answers are not that expensive | 01/20/2019 12:54:07 |
| wenlige2012 | 史文勇 Vincent | Get the company more time to answer | 01/20/2019 12:53:32 |
| wenlige2012 | 史文勇 Vincent | Answer due on January 10. We will try and get the client | 01/20/2019 12:53:22 |
| wenlige2012 | 史文勇 Vincent | With the complaint | 01/20/2019 12:53:09 |
| wenlige2012 | 史文勇 Vincent | Vincent it looks like the company was served with the co on December 20. Did you get a copy of the service. Your answer was due on Dec | 01/20/2019 12:53:03 |
| wenlige2012 | 史文勇 Vincent | Thank you. | 01/20/2019 09:13:56 |
| wenlige2012 | 史文勇 Vincent | Will call you soon | 01/20/2019 09:13:43 |
| wenlige2012 | 史文勇 Vincent | Vincent - you owe me the courtesy of a call. Please call me | 01/20/2019 09:05:52 |
| wenlige2012 | 史文勇 Vincent | Vincent please call me. we need to speak. | 01/19/2019 12:08:05 |
| wenlige2012 | 史文勇 Vincent | I need you to confirm that we can tell the court you aren't responding | 01/17/2019 19:11:40 |
| wenlige2012 | 史文勇 Vincent | We must speak. When can you talk? | 01/17/2019 19:11:01 |
| wenlige2012 | 史文勇 Vincent | But we need to discuss. | 01/17/2019 11:18:56 |

| DisplayName | Name | Message | Date |
|---|---|---|---|
| wenlige2012 | 史文勇 Vincent | Can you give me a quick call. I want to avoid withdrawing as Counsel on the derivative action because it will look bad for the company. Instead I would prefer for the company to agree that it isn't submitting papers on Jan 21 | 01/17/2019 11:18:51 |
| wenlige2012 | 史文勇 Vincent | Vincent - I have not heard from you. We have not prepared briefs and will not be in a position to represent the company in the derivative action | 01/17/2019 03:36:39 |
| wenlige2012 | 史文勇 Vincent | Please advise. If I do not hear from you in 24 hours I will need to alert the Court that we have not been engaged to proceed further on the Company's behalf. | 01/15/2019 16:56:38 |
| wenlige2012 | 史文勇 Vincent | When can we speak. I need to let the other side and the court know what we are doing. We have to start drafting today. It's one week out... | 01/14/2019 08:07:50 |
| wenlige2012 | 史文勇 Vincent | Thank you | 01/10/2019 21:09:17 |
| wenlige2012 | 史文勇 Vincent | Ok | 01/10/2019 21:09:13 |
| wenlige2012 | 史文勇 Vincent | Within half hour | 01/10/2019 21:09:07 |
| wenlige2012 | 史文勇 Vincent | When can we speak | 01/10/2019 21:08:50 |
| wenlige2012 | 史文勇 Vincent | Okay. Thank you | 01/08/2019 06:46:19 |
| wenlige2012 | 史文勇 Vincent | Yes | 01/08/2019 06:45:42 |
| wenlige2012 | 史文勇 Vincent | Okay. Friday morning Beijing Time? | 01/08/2019 06:45:26 |
| wenlige2012 | 史文勇 Vincent | I'm on travel, how about Friday morning when I go back to Beijing. | 01/08/2019 06:44:07 |
| wenlige2012 | 史文勇 Vincent | What time can we speak this morning | 01/08/2019 06:19:28 |
| wenlige2012 | 史文勇 Vincent | Can we speak? | 01/07/2019 12:51:00 |
| wenlige2012 | 史文勇 Vincent | Let me know when we can speak. The insurance policy has a 2.5 million dollar retention which means it won't kick in until the company has paid 2.5 million toward legal fees on the claim | 01/07/2019 09:05:47 |
| wenlige2012 | 史文勇 Vincent | Because we can't open the matter as we have not received the retainer and we are not up to date on payment | 01/06/2019 10:33:11 |
| wenlige2012 | 史文勇 Vincent | Vincent we won't be able to draft the briefs that are due on The 21st | 01/06/2019 10:32:48 |
| wenlige2012 | 史文勇 Vincent | I need payment on outstanding invoices to be able to open up a litigation matter | 12/28/2018 20:16:02 |
| wenlige2012 | 史文勇 Vincent | Any update on insurance for the derivative action. We need to give notice | 12/27/2018 14:24:19 |
| wenlige2012 | 史文勇 Vincent | To represent the company in the arbitration? | 12/22/2018 07:34:37 |

| DisplayName | Name | Message | Date |
|---|---|---|---|
| wenlige2012 | 史文勇 Vincent | Do you want DLA | 12/22/2018 07:34:24 |
| wenlige2012 | 史文勇 Vincent | Can you please bring us current on invoices. | 12/20/2018 22:00:45 |
| wenlige2012 | 史文勇 Vincent | Yes | 12/16/2018 19:22:59 |
| wenlige2012 | 史文勇 Vincent | Okay. Does everyone understand the order? | 12/16/2018 19:22:41 |
| wenlige2012 | 史文勇 Vincent | still keep discussing | 12/16/2018 19:22:14 |
| wenlige2012 | 史文勇 Vincent | Did you speak with the board | 12/16/2018 11:07:57 |
| wenlige2012 | 史文勇 Vincent | We haven't had it yet but when we do it will not go well bc Marcum won't be on it and we have made no progress | 12/15/2018 09:41:22 |
| wenlige2012 | 史文勇 Vincent | Oh, how about the call with nyse? | 12/15/2018 09:32:56 |
| wenlige2012 | 史文勇 Vincent | yeah | 12/15/2018 09:19:24 |
| wenlige2012 | 史文勇 Vincent | Do you still want to talk? | 12/15/2018 09:18:40 |
| wenlige2012 | 史文勇 Vincent | I just forwarded | 12/15/2018 05:55:39 |
| wenlige2012 | 史文勇 Vincent | i haven't received any email about it yet | 12/15/2018 01:10:28 |
| wenlige2012 | 史文勇 Vincent | Ok | 12/14/2018 21:05:48 |
| wenlige2012 | 史文勇 Vincent | Sure. 9am my time. Just wechat call me | 12/14/2018 21:05:39 |
| wenlige2012 | 史文勇 Vincent | Ok, how about 10:00pm? | 12/14/2018 21:05:24 |
| wenlige2012 | 史文勇 Vincent | We should have a call to discuss. I am available in your evening time | 12/14/2018 21:04:03 |
| wenlige2012 | 史文勇 Vincent | The company can make payroll and pay lawyers and accountants and engage in other everyday expenses but it cannot transfer or provide security interests in other assets | 12/14/2018 21:03:42 |
| wenlige2012 | 史文勇 Vincent | Let me know if you don't have it | 12/14/2018 21:02:51 |
| wenlige2012 | 史文勇 Vincent | Plaintiffs counsel also sent it to you. | 12/14/2018 21:02:42 |
| wenlige2012 | 史文勇 Vincent | Yes. It was entered in a modified form. Jason should be emailing it to you. I will send it to you now | 12/14/2018 21:02:01 |
| wenlige2012 | 史文勇 Vincent | Any update about TRO? | 12/14/2018 21:01:21 |
| wenlige2012 | 史文勇 Vincent | OK, thanks | 12/14/2018 07:16:30 |
| wenlige2012 | 史文勇 Vincent | Do you want me to send an associate? | 12/14/2018 06:36:05 |

| DisplayName | Name | Message | Date |
|---|---|---|---|
| wenlige2012 | 史文勇 Vincent | i saw it, Can we have call around 12:00 bj time? One hour later | 12/13/2018 21:50:02 |
| wenlige2012 | 史文勇 Vincent | Did you see the lawsuit that was filed. They are going into court in 12 hours to get a restraining order against the company | 12/13/2018 21:48:33 |
| | | | |
| 8717170310@chatroom | 史文勇 Vincent,crystal, | Crystal it is important that I speak with you and Vincent as soon as possible. When can we speak. | 01/19/2019 12:08:49 |
| | | | |
| 6208195872@chatroom | 史文勇 Vincent,Jack Kantrowitz,Jason 平真 -- 美国律师 | 史文勇 Vincent:<br>I'm on travel, let's talk tonight | 12/17/2018 18:02:04 |
| 6208195872@chatroom | 史文勇 Vincent,Jack Kantrowitz,Jason 平真 -- 美国律师 | Vincent we need to discuss how the company wants us to handle the derivative action | 12/17/2018 10:29:36 |
| 6208195872@chatroom | 史文勇 Vincent,Jack Kantrowitz,Jason 平真 -- 美国律师 | Jason 平真 -- 美国律师:<br>Hi @史文勇 Vincent see attached bill. Your prompt payment would be greatly appreciated. | 12/17/2018 07:31:59 |
| | | | |
| 8989134766@chatroom | 史文勇 Vincent,Jack Kantrowitz,Jason 平真 -- 美国律师,fionakou😵 | Has to be earlier. I have a 9am meeting | 12/18/2018 22:15:57 |
| 8989134766@chatroom | 史文勇 Vincent,Jack Kantrowitz,Jason 平真 -- 美国律师,fionakou😵 | 史文勇 Vincent:<br>ok, let's talk in 9:00-10:00am your time? | 12/18/2018 22:15:37 |
| 8989134766@chatroom | 史文勇 Vincent,Jack Kantrowitz,Jason 平真 -- 美国律师,fionakou😵 | We have to discuss the derivative action. We need to enter a scheduling order on Friday US | 12/18/2018 22:14:22 |
| 8989134766@chatroom | 史文勇 Vincent,Jack Kantrowitz,Jason 平真 -- 美国律师,fionakou😵 | Vincent can We speak in your evening time. | 12/18/2018 22:14:02 |