# EXHIBIT C

| **To:** | vincent@lkmotion.com[vincent@lkmotion.com]; larry.rui.chi@gmail.com[larry.rui.chi@gmail.com] |
|---|---|
| **Cc:** | Kantrowitz, Jack[Jack.Kantrowitz@dlapiper.com]; Chang, Jason[Jason.Chang@dlapiper.com] |
| **From:** | Schechtman, Caryn G.[/O=PIPER & MARBURY/OU=PM/CN=RECIPIENTS/CN=CM11847] |
| **Sent:** | Fri 12/14/2018 2:52:01 AM (UTC) |
| **Subject:** | Fwd: Link Motion |

[LKM OSC with TRO combined application.pdf](#)
[ATT00001.htm](#)

We will send an associate to Court in 12 hours to advise the Court that we have received no instruction from the Company due to the time difference and language barriers.
It is possible that the Court will grant the application anyway. Even if the Court does not, it won't put it off past Monday.

How would you like us to handle?

CS

Sent from my iPhone

Begin forwarded message:

> **From:** "mcilento@seidenlegal.com" <mcilento@seidenlegal.com>
> **To:** "Schechtman, Caryn G." <caryn.schechtman@dlapiper.com>
> **Cc:** "Kantrowitz, Jack" <Jack.Kantrowitz@dlapiper.com>, "Chang, Jason" <Jason.Chang@dlapiper.com>, "Rob Seiden" <rseiden@seidenlegal.com>, "Silverman, Marc" <Marc.Silverman@dlapiper.com>
> **Subject: RE: Re: Link Motion**
>
> Caryn - see attached combined application that I will present tomorrow. My cell phone number is 732-779-1380 - please feel free to call me tonight or tomorrow if you have any questions or need to discuss anything. You can also email. I'll assume your firm is not showing up unless you tell me otherwise.
>
> Thanks
> Mike
>
> --
> **Michael D. Cilento, Esq.**
> The Seiden Group
> Attorneys at Law
> 469 7th Ave, 5th Floor
> New York, NY 10018
> (Office) 646.766.1723
> www.seidenlegal.com
>
> CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.
>
> 保密申明：本电邮(包括任何附件)可能含有机密资料并受法律保护。如您不是正确的收件人，请您立即通知寄信人并删除本邮件。请不要将本电邮进行复制并用作任何其他用途、或透露本邮件之内容。
>
> --------- Original Message ---------
> Subject: Re: Link Motion
> From: "Schechtman, Caryn G." <caryn.schechtman@dlapiper.com>

Date: 12/13/18 4:09 pm
To: "mcilento@seidenlegal.com" <mcilento@seidenlegal.com>
Cc: "Kantrowitz, Jack" <Jack.Kantrowitz@dlapiper.com>, "Chang, Jason" <Jason.Chang@dlapiper.com>, "Rob Seiden" <rseiden@seidenlegal.com>, "Silverman, Marc" <Marc.Silverman@dlapiper.com>

Thank you for writing back. As we discussed, given the time difference and language barriers - it is highly unlikely that we will have an opportunity to speak with the Company in any meaningful way (or possibly at all) before 11am tomorrow.

Sent from my iPhone

On Dec 13, 2018, at 4:01 PM, "mcilento@seidenlegal.com" <mcilento@seidenlegal.com> wrote:

> Caryn - after speaking with you on the phone, I also spoke to my client, and reviewed the situation: we cannot agree to wait until next week to pursue the TRO. It would give too much time for the Individual Defendants to further transfer assets out of the Company. Please note that the TRO will simply seek an Order preventing the Individual Defendants from transferring or otherwise dissipating any more assets of LKM. This is something that your client may actually be in favor of.
>
> I will go at 11am (if that's any help) to the Orders and Judgment Clerk in room 200 of the SDNY courthouse. Please advise if someone will attend from your end.
>
> I will send you my papers when I am finished (within the next few hours), but again the TRO will be based on the fact that assets have been transfered out of LKM.
>
> Feel free to call or email to discuss.
>
> --
> **Michael D. Cilento, Esq.**
> The Seiden Group
> Attorneys at Law
> 469 7th Ave, 5th Floor
> New York, NY 10018
> (Office) 646.766.1723
> www.seidenlegal.com
>
> CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.
>
> 保密申明：本电邮(包括任何附件)可能含有机密资料并受法律保护。如您不是正确的收件人，请您立即通知寄信人并删除本邮件。请不要将本电邮进行复制并用作任何其他用途、或透露本邮件之内容。
>
>
>
> --------- Original Message ---------
> Subject: Re: Link Motion
> From: "Schechtman, Caryn G." <caryn.schechtman@dlapiper.com>
> Date: 12/13/18 3:16 pm
> To: "mcilento@seidenlegal.com" <mcilento@seidenlegal.com>
> Cc: "Kantrowitz, Jack" <Jack.Kantrowitz@dlapiper.com>, "Chang, Jason" <Jason.Chang@dlapiper.com>, "Rob Seiden" <rseiden@seidenlegal.com>

Mike,

I tried calling you but there was no answer. Please give me a ring back at 9176505115.

Sent from my iPhone

On Dec 13, 2018, at 12:54 PM, "mcilento@seidenlegal.com" <mcilento@seidenlegal.com> wrote:

> **[EXTERNAL]**

---

> Jack -
>
> I understand that you and DLA Piper represent Link Motion Inc.  I wanted to reach out and let you know that I filed the attached complaint today in the SDNY against, inter alia, Link Motion.
>
> I would also like to advise you that I plan on going to the SDNY tomorrow to file an OSC for preliminary injunction and temporary receiver along with an immediate TRO against Link Motion in order to prevent any further transferring or dissipating of Link Motion assets.  Please let me know if you would like to oppose this in the SDNY tomorrow.  I don't have my papers finished yet, but my arguments will be based on the attached complaint.
>
> Feel free to give me a call or email to discuss.
>
> Thanks
> Mike
>
>  --
> **Michael D. Cilento, Esq.**
> The Seiden Group
> Attorneys at Law
> 469 7th Ave, 5th Floor
> New York, NY 10018
> (Office) 646.766.1723
> www.seidenlegal.com
>
> CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.
>
> 保密申明：本电邮(包括任何附件)可能含有机密资料并受法律保护。如您不是正确的收件人，请您立即通知寄信人并删除本邮件。请不要将本电邮进行复制并用作任何其他用途、或透露本邮件之内容。
>
> <LKM Complaint FILED.pdf>

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to **postmaster@dlapiper.com**. Thank you.

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to **postmaster@dlapiper.com**. Thank you.