

# EXHIBIT E

| Cc: | Silverman, Marc[Marc.Silverman@dlapiper.com] |
|---|---|
| To: | vincent@lkmotion.com[vincent@lkmotion.com] |
| From: | Schechtman, Caryn G.[/O=PIPER & MARBURY/OU=PM/CN=RECIPIENTS/CN=CM11847] |
| Sent: | Sun 1/20/2019 6:50:38 PM (UTC) |
| Subject: | Fwd: Link Motion 1:18-cv-11642 |

Link_Stip Prelim Inj and Answer.DOC
ATT00001.htm

Vincent please see the attached. We plan to send it to opposing counsel today.
CS

DRAFT

Mike,

After consultation with the Company, it has determined not to oppose the preliminary injunction. It would like, however, your consent to an extension of its time to answer the complaint for another 30 days to determine whether it will defend the remaining aspects of the Complaint.

If you agree, we have prepared the attached stipulation for your review that would inform the Court that the Company is not opposing the preliminary injunction and that it has until February 20, 2019 to answer or move to dismiss the Complaint.

Best,

**From:** mcilento@seidenlegal.com <mcilento@seidenlegal.com>
**Sent:** Friday, December 28, 2018 10:16 AM
**To:** Silverman, Marc <Marc.Silverman@dlapiper.com>; Schechtman, Caryn G. <caryn.schechtman@dlapiper.com>
**Cc:** Kantrowitz, Jack <Jack.Kantrowitz@dlapiper.com>; Chang, Jason <Jason.Chang@dlapiper.com>; Rob Seiden <rseiden@seidenlegal.com>
**Subject:** RE: Re: Link Motion 1:18-cv-11642

**[EXTERNAL]**

See attached Order from Judge Broderick (for some reason not Marrero) endorsing your proposed schedule. Nice job.

-Mike

--
**Michael D. Cilento, Esq.**
The Seiden Group
Attorneys at Law
469 7th Ave, 5th Floor

New York, NY 10018
(Office) 646.766.1723
www.seidenlegal.com

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**保密申明**：**本**电邮**(包括任何附件)可能含有机密**资料并**受法律保护**。如您不是正确的收件人，请您立即通知寄信人并删除本邮件。请不要将本电邮进行复制并用作任何其他用途、或透露本邮件之内容。

--------- Original Message ---------

Subject: RE: Re: Link Motion 1:18-cv-11642
From: "Silverman, Marc" <Marc.Silverman@dlapiper.com>
Date: 12/21/18 2:25 pm
To: "mcilento@seidenlegal.com" <mcilento@seidenlegal.com>, "Schechtman, Caryn G." <caryn.schechtman@dlapiper.com>
Cc: "Kantrowitz, Jack" <Jack.Kantrowitz@dlapiper.com>, "Chang, Jason" <Jason.Chang@dlapiper.com>, "Rob Seiden" <rseiden@seidenlegal.com>

You too, Mike. Thanks much.

**From:** mcilento@seidenlegal.com <mcilento@seidenlegal.com>
**Sent:** Friday, December 21, 2018 2:15 PM
**To:** Silverman, Marc <Marc.Silverman@dlapiper.com>; Schechtman, Caryn G. <caryn.schechtman@dlapiper.com>
**Cc:** Kantrowitz, Jack <Jack.Kantrowitz@dlapiper.com>; Chang, Jason <Jason.Chang@dlapiper.com>; Rob Seiden <rseiden@seidenlegal.com>
**Subject:** RE: Re: Link Motion 1:18-cv-11642

**[EXTERNAL]**

Enjoy the holidays!

--

**Michael D. Cilento, Esq.**
The Seiden Group
Attorneys at Law
469 7th Ave, 5th Floor
New York, NY 10018
(Office) 646.766.1723
www.seidenlegal.com

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure.

If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

保密申明：本电邮(包括任何附件)可能含有机密资料并受法律保护。如您不是正确的收件人，请您立即通知寄信人并删除本邮件。请不要将本电邮进行复制并用作任何其他用途、或透露本邮件之内容。

--------- Original Message ---------

Subject: RE: Re: Link Motion 1:18-cv-11642
From: "Silverman, Marc" <Marc.Silverman@dlapiper.com>
Date: 12/21/18 1:37 pm
To: "mcilento@seidenlegal.com" <mcilento@seidenlegal.com>, "Schechtman, Caryn G." <caryn.schechtman@dlapiper.com>
Cc: "Kantrowitz, Jack" <Jack.Kantrowitz@dlapiper.com>, "Chang, Jason" <Jason.Chang@dlapiper.com>, "Rob Seiden" <rseiden@seidenlegal.com>

Mike,

Just a few nits and changes to signature block, and we are signed off:

Defendant respectfully requests that the Court enter the following schedule: an opposition response date of January 21, 2019, and a reply date of January 28, 2019. Plaintiffs seeks a shorter schedule despite already having a TRO in place restricting any transfers and despite Defendant's consent to keep the TRO in place until a determination on the motion is made by the Court. Plaintiff's motion seeks extraordinary relief to install a receiver over Link Motion. All of the Defendants and Link Motion's operations are located in China, which is a 13 hour time difference from New York. Moreover, there are significant language barriers, which result in the parties needing additional time and resources to obtain translation of both verbal and written communications. In light of this as well as the upcoming holidays, Defendant requests the Court enter the schedule Defendant has set forth.

**DLA PIPER LLP (US)**

By:  */s/ Caryn G. Schechtman*

Caryn G. Schechtman

Marc A. Silverman

1251 Avenue of the Americas, 27th Floor

New York, NY 10020

Tel:  212-335-4500

Fax:  212-335-4501

caryn.schechtman@dlapiper.com

marc.silverman@dlapiper.com

*Counsel for Defendant, Link Motion Inc.*


From: mcilento@seidenlegal.com <mcilento@seidenlegal.com>
Sent: Friday, December 21, 2018 1:20 PM
To: Schechtman, Caryn G. <caryn.schechtman@dlapiper.com>
Cc: Silverman, Marc <Marc.Silverman@dlapiper.com>; Kantrowitz, Jack <Jack.Kantrowitz@dlapiper.com>; Chang, Jason <Jason.Chang@dlapiper.com>; Rob Seiden <rseiden@seidenlegal.com>
Subject: RE: Re: Link Motion 1:18-cv-11642

Thanks. Have a look at the attached final letter. Please confirm okay, and I will file.

--

**Michael D. Cilento, Esq.**
The Seiden Group
Attorneys at Law
469 7th Ave, 5th Floor
New York, NY 10018
(Office) 646.766.1723

www.seidenlegal.com

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.


保密申明：本电邮(包括任何附件)可能含有机密资料并受法律保护。如您不是正确的收件人，请您立即通知寄信人并删除本邮件。请不要将本电邮进行复制并用作任何其他用途、或透露本邮件之内容。



--------- Original Message ---------

Subject: Re: Link Motion 1:18-cv-11642
From: "Schechtman, Caryn G." <caryn.schechtman@dlapiper.com>
Date: 12/21/18 1:12 pm
To: "mcilento@seidenlegal.com" <mcilento@seidenlegal.com>
Cc: "Silverman, Marc" <Marc.Silverman@dlapiper.com>, "Kantrowitz, Jack" <Jack.Kantrowitz@dlapiper.com>, "Chang, Jason" <Jason.Chang@dlapiper.com>, "Rob Seiden" <rseiden@seidenlegal.com>

For now we represent the Company

Sent from my iPhone

On Dec 21, 2018, at 1:07 PM, "mcilento@seidenlegal.com" <mcilento@seidenlegal.com> wrote:

> If the answer is yes you are representing everyone, I will change my language which indicates you only represent the company. If you don't represent the individuals, I will change the "defendants" language in your statement to the singular. Thanks

--

**Michael D. Cilento, Esq.**
The Seiden Group
Attorneys at Law
469 7th Ave, 5th Floor
New York, NY 10018
(Office) 646.766.1723
www.seidenlegal.com

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

保密申明：本电邮(包括任何附件)可能含有机密资料并受法律保护。如您不是正确的收件人，请您立即通知寄信人并删除本邮件。请不要将本电邮进行复制并用作任何其他用途、或透露本邮件之内容。

--------- Original Message ---------

Subject: RE: Re: Link Motion 1:18-cv-11642
From: mcilento@seidenlegal.com
Date: 12/21/18 12:55 pm
To: "Schechtman, Caryn G." <caryn.schechtman@dlapiper.com>
Cc: "Silverman, Marc" <Marc.Silverman@dlapiper.com>, "Kantrowitz, Jack" <Jack.Kantrowitz@dlapiper.com>, "Chang, Jason" <Jason.Chang@dlapiper.com>, "Rob Seiden" <rseiden@seidenlegal.com>

Thanks. One other question: your statement reads as if you are representing all the Defendants, including the individuals - is this the case?

--

**Michael D. Cilento, Esq.**
The Seiden Group
Attorneys at Law
469 7th Ave, 5th Floor
New York, NY 10018
(Office) 646.766.1723
www.seidenlegal.com

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

保密申明：本电邮(包括任何附件)可能含有机密资料并受法律保护。如您不是正确的收件人，请您立即通知寄信人并删除本邮件。请不要将本电邮进行复制并用作任何其他用途、或透露本邮件之内容。

--------- Original Message ---------

Subject: Re: Link Motion 1:18-cv-11642
From: "Schechtman, Caryn G." <caryn.schechtman@dlapiper.com>
Date: 12/21/18 12:50 pm
To: "mcilento@seidenlegal.com" <mcilento@seidenlegal.com>
Cc: "Silverman, Marc" <Marc.Silverman@dlapiper.com>, "Kantrowitz, Jack" <Jack.Kantrowitz@dlapiper.com>, "Chang, Jason" <Jason.Chang@dlapiper.com>, "Rob Seiden" <rseiden@seidenlegal.com>

We will remove it.

Sent from my iPhone

On Dec 21, 2018, at 12:48 PM, "mcilento@seidenlegal.com" <mcilento@seidenlegal.com> wrote:

> **[EXTERNAL]**
>
> Marc - if you include the line about Plaintiff's originally agreeing, I will have to include more language, including, inter alia, that I checked my notes and confirmed the clerk asked us to have a hearing within the first two weeks of January, and that I let you know this immediately after our first call which did not end in an agreement but you saying you have to check back with Caryn. Would you be willing to simply remove that one line from your statement? If not, no problem.

Thanks

Mike

--

**Michael D. Cilento, Esq.**
The Seiden Group
Attorneys at Law
469 7th Ave, 5th Floor
New York, NY 10018
(Office) 646.766.1723
[www.seidenlegal.com](www.seidenlegal.com)

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

保密申明：本电邮(包括任何附件)可能含有机密资料并受法律保护。如您不是正确的收件人，请您立即通知寄信人并删除本邮件。请不要将本电邮进行复制并用作任何其他用途、或透露本邮件之内容。

--------- Original Message ---------

Subject: RE: Re: Link Motion 1:18-cv-11642
From: "Silverman, Marc" <[Marc.Silverman@dlapiper.com](Marc.Silverman@dlapiper.com)>
Date: 12/21/18 12:39 pm
To: "[mcilento@seidenlegal.com](mcilento@seidenlegal.com)" <[mcilento@seidenlegal.com](mcilento@seidenlegal.com)>, "Schechtman, Caryn G." <[caryn.schechtman@dlapiper.com](caryn.schechtman@dlapiper.com)>
Cc: "Kantrowitz, Jack" <[Jack.Kantrowitz@dlapiper.com](Jack.Kantrowitz@dlapiper.com)>, "Chang, Jason" <[Jason.Chang@dlapiper.com](Jason.Chang@dlapiper.com)>, "Rob Seiden" <[rseiden@seidenlegal.com](rseiden@seidenlegal.com)>

Thanks, Mike. Please add the following for our statement:

Defendants respectfully request that the

Court enter the following schedule: an opposition response date of January 21, 2019, and a reply date of January 28, 2019. Plaintiffs originally agreed to this schedule but now have appeared to change their minds. Plaintiffs seek a shorter schedule despite already having a TRO in place restricting any transfers and despite Defendants' consent to keep the TRO in place until a determination on the motion is made by the Court. Plaintiffs' motion seeks extraordinary relief to install a receiver over Link Motion. All of the Defendants and Link Motion's operations are located in China, which is a 13 hour time difference from New York. Moreover, there are significant language barriers, which result in the parties needing additional time and resources to obtain translation of both verbal and written communications. In light of this as well as the upcoming holidays, Defendants request the Court enter the schedule Defendants have set forth.

**From:** mcilento@seidenlegal.com <mcilento@seidenlegal.com>
**Sent:** Friday, December 21, 2018 10:18 AM
**To:** Schechtman, Caryn G. <caryn.schechtman@dlapiper.com>
**Cc:** Silverman, Marc <Marc.Silverman@dlapiper.com>; Kantrowitz, Jack <Jack.Kantrowitz@dlapiper.com>; Chang, Jason <Jason.Chang@dlapiper.com>; Rob Seiden <rseiden@seidenlegal.com>
**Subject:** RE: Re: Link Motion 1:18-cv-11642

Marc and Caryn - see attached joint letter that we need to submit today. I decided to add a few-sentences statement, so I imagine you will want to do so as well. Please fill in your statement, send back to me, and let me know if you have any other issues to discuss. I am hoping to stop working a bit early today, so please revert sometime soon if possible.

Thanks

Mike

--

**Michael D. Cilento, Esq.**
The Seiden Group
Attorneys at Law
469 7th Ave, 5th Floor
New York, NY 10018
(Office) 646.766.1723
[www.seidenlegal.com](www.seidenlegal.com)

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

保密申明：本电邮(包括任何附件)可能含有机密资料并受法律保护。如您不是正确的收件人，请您立即通知寄信人并删除本邮件。请不要将本电邮进行复制并用作任何其他用途、或透露本邮件之内容。

--------- Original Message ---------

Subject: Re: Link Motion 1:18-cv-11642
From: "Schechtman, Caryn G." <caryn.schechtman@dlapiper.com>
Date: 12/20/18 1:01 pm
To: "mcilento@seidenlegal.com" <mcilento@seidenlegal.com>
Cc: "Silverman, Marc" <Marc.Silverman@dlapiper.com>, "Kantrowitz, Jack" <Jack.Kantrowitz@dlapiper.com>, "Chang, Jason" <Jason.Chang@dlapiper.com>, "Rob Seiden" <rseiden@seidenlegal.com>

Marc will get back to you around 4:30 today after he and I speak internally. Thanks.

Sent from my iPhone

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BALIGA, derivatively on behalf of LINK MOTION INC. (F/K/A MOBILE INC.),<br><br>Plaintiff,<br><br>vs.<br><br>LINK MOTION INC. (F/K/A MOBILE INC.), VINCENT WENYONG SHI, JIA LIAN, and XIAO YU,<br><br>Defendants,<br><br>and<br><br>LINK MOTION INC. (F/K/A MOBILE INC.),<br><br>Nominal Defendant. | Case No.: 1:18-CV-11642-VM<br><br>**STIPULATION OF NON-OPPOSITION TO A PRELIMINARY INJUNCTION AND CONSENT ORDER TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

This matter having been brought before the Court on the joint application of Defendants Link Motion Inc. (f/k/a NQ Mobile Inc.) ("Link Motion" or "Defendant"), by its counsel, DLA Piper LLP (US), and Plaintiff Wayne Baliga, derivatively on behalf of Link Motion, by his counsel The Seiden Group, for the entry of a Stipulation of Non-Opposition to a Preliminary Injunction and Consent Order to extend the time for Defendant to answer, move or otherwise respond to the Complaint filed on December 13, 2018:

WHEREAS, on December 13, 2018, Plaintiff filed a Verified Shareholder Derivative Complaint against Link Motion, and Vincent Wenyong Shi, Jia Lian, and Xiao Yu ("Individual DefendantS") which asserted a cause of action against Link Motion for the appointment of a receiver, a cause of action against the Individual Defendants for breach of fiduciary duties, a cause of action against the Individual Defendants for unjust enrichment, and causes of action

against Link Motion and the Individual Defendants as to violations of Sections 10(b) and Section 20(a) of the Exchange Act and Rule 10b-5;

WHEREAS, on December 14, 2018, Plaintiff filed an Order to Show Cause with Temporary Restraining Order ("TRO"), Preliminary Injunction, and Temporary Receiver;

WHEREAS, on December 14, 2018, the Court granted a fourteen (14) day TRO temporarily restraining and enjoining Defendants from transferring, liquidating, dissipating, assigning, and/or granting a lien or security interest or other in, any assets belonging to Link Motion, but not restraining Link Motion from processing normal day-to-day operational costs, including but not limited to payroll, attorneys' fees, and auditor fees, and further ordered the parties to confer on whether Link Motion consented to an order beyond the initial fourteen (14) day period and to set forth a briefing schedule with respect to Defendant's opposition and Plaintiff's reply in further support of Plaintiff's request for a preliminary injunction and appointment of a temporary receiver (the "Preliminary Injunction");

WHEREAS, on December 21, 2018, the Parties wrote the Court informing it that Link Motion consented to extending the TRO beyond the initial fourteen (14) day period pending this Court's ruling on Plaintiff's Preliminary Injunction, but the parties could not agree on a proposed briefing schedule;

WHEREAS, on December 28, 2018, the Honorable Vernon S. Broderick ordered Link Motion to file its opposition by January 21, 2018, and Plaintiff to file its reply by January 28, 2019;

WHEREAS, on December 20, 2018, Plaintiff filed an affidavit of service stating that Link Motion had been served on that date through service through Diana Arios-Hernandez, and it's time to answer, move or otherwise respond to the Complaint was January 10, 2019;

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS, SUBJECT TO APPROVAL BY THE COURT:

1. Defendant Link Motion does not oppose the Preliminary Injunction.

2. Defendant Link Motion's time to move, answer, or otherwise respond to the Complaint shall be extended until February 20, 2019.

3. By entering into this stipulation, Link Motion contends that it is making only a limited, and not general appearance, for the sole purpose of obtaining an extension of time to answer, move or otherwise respond to the Complaint. Link Motion has preserved and is not waiving and have not waived any objections, defenses or responses to the Complaint.

DATED: January ___, 2019                    Respectfully Submitted,

**THE SEIDEN GROUP**                         **DLA PIPER LLP (US)**

By: _DRAFT_____                 By: _DRAFT_____
Michael D. Cilento                           Caryn G. Schechtman
469 Seventh Avenue, Suite 502                Marc A. Silverman
New York, New York 10018                     1251 Avenue of the Americas
Tel: (646) 766-1723                          New York, NY 10020
Email: mcilento@seidenlegal.com              Tel: 212-335-4500
                                             Fax: 212-335-4501
*Lead Counsel for Plaintiff*                 caryn.schechtman@dlapiper.com
                                             marc.silverman@dlapiper.com

                                             *Counsel for Defendant Link Motion Inc.*

**SO ORDERED**:

Dated: January ____, 2019

                                             _____
                                             UNITED STATES DISTRICT JUDGE