# EXHIBIT H

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**Form 6-K**

**REPORT OF FOREIGN PRIVATE ISSUER**
**PURSUANT TO RULE 13a-16 OR 15d-16 OF**
**THE SECURITIES EXCHANGE ACT OF 1934**

For the month of December 2017

Commission File Number: 001-35145

# NQ Mobile Inc.

**No. 4 Building**
**11 Heping Li East Street**
**Dongcheng District**
**Beijing 100013**
**The People's Republic of China**
**(Address of principal executive offices)**

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1):_____

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7):_____

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**NQ Mobile Inc.**

By: /s/ Vincent Wenyong Shi  
Name: Vincent Wenyong Shi  
Title: Chairman and Chief Operating Officer

Date: December 15, 2017

**EXHIBIT INDEX**

| Exhibit No. | Description |
| --- | --- |
| Exhibit 99.1 | Press release |
| Exhibit 99.2 | Press release |
| Exhibit 99.3 | Press release |

Exhibit 99.1

**NQ Mobile Inc. Reports Unaudited Financial Results for the
First, Second, and Third Quarters of FY 2017**

BEIJING, December 14, 2017 /PRNewswire/ - NQ Mobile Inc. ("NQ Mobile" or the "Company") (NYSE: NQ), a leading global provider of mobile internet services, today announced its unaudited financial results for the first, second, and third quarters ended March 31, 2017, June 30, 2017, and September 30, 2017 respectively.

Beginning with this period for the reported results for the first, second, and third quarters of 2017, FL Mobile Jiutian Technology Co., Ltd ("FL Mobile") and the live social mobile video business of Showself (Beijing) Technology Co., Ltd ("Showself") have been classified as discontinued operations. Therefore, given the significance of FL Mobile and Showself's live social mobile video business in previous periods, to enhance the comparability of these results going forward, the figures reported in this earning release have reflected these changes and the comparable periods presented have also been adjusted retrospectively. However, given the significant effect on operating results and reported financial information related to the divestments of FL Mobile and Showself's businesses, and the classification as discontinued operations, the key financial data is quantified in the discontinued section of each quarter below.

In addition, beginning with these reported results for the first, second, and third quarters of 2017 and going forward, the Company will report its revenue streams in the following two categories: Consumer and Enterprise. Revenues from consumers will consist of revenues from advertising services and revenues from other services (including mobile security revenues, excluding mobile gaming and mobile social network revenues which are part of the FL Mobile and Showself group which has been classified as discontinued operations). Revenues from enterprises will be broken down into product and service revenues. Revenues from products will come from hardware sales to enterprise users. Revenues from services will come from technology and software development services to enterprise users.

**Highlights For The Nine Months Period From January 1, 2017 to September 30, 2017**

- **Net Revenues of $44.2 million for the nine months ended September 30, 2017, up slightly from $43.2 million in the same period a year ago. GAAP Net Loss attributable to NQ Mobile for the nine months ended September 30, 2017 was $116.7 million or $1.16 per fully diluted ADS. This included the one-time, non-cash impairment of goodwill and intangible assets of $97.9 million during the period.**
- **Non-GAAP Net Income attributable to NQ Mobile for the nine months ended September 30, 2017 was $15.1 million or $0.15 per fully diluted ADS.**

"We look forward to moving forward with our future plans in the smart car businesses," said Mr. Zemin Xu, CEO of NQ Mobile Inc. "The Company is financially positioned and strategically positioned to participate in this enormous market."

"With the Divestments closed, we can now move ahead focused on the future business opportunities and growth," said Mr. Roland Wu, CFO of NQ Mobile Inc. "We have taken great strides in readying our organization around these future opportunities and we look forward to sharing our progress in the coming year."

**First Quarter 2017 Results**

*Revenues*

Net revenues in the first quarter of 2017 decreased 26.3% year-over-year to $12.0 million from $16.3 million in the same period in 2016.

*Income Tax*

Income tax benefit was $0.6 million in the third quarter of 2017, compared with income tax benefit of $1.0 million in the same period in 2016.

*Discontinued Operations*

The Company presents FL Mobile and Showself's live social mobile video business as assets/liabilities held for sale on the balance sheets and as discontinued operation on the statements of operations for the quarter ended September 30, 2017 and also applied to all comparative periods presented. The total net revenues, net income attributable to us, and net income attributable to our non-controlling interests from FL Mobile for the three months ended September 30, 2017 was $43.5 million, $2.0 million, and $1.8 million, respectively. The total net revenues, net income attributable to us, and net income attributable to our non-controlling interests from Showself for the three months ended September 30, 2017 was $32.8 million, $4.6 million, and $2.2 million, respectively. Income from discontinued operations, net of income tax, was $10.6 million in the third quarter of 2017 compared to $14.7 million in the same period in 2016, mainly due to the increase of customer acquisition cost.

*Net (Loss)/Income*

Net Loss attributable to NQ Mobile was $24.4 million in the third quarter of 2017, compared with $9.0 million in the same period in 2016. Non-GAAP net income attributable to NQ Mobile, which excludes share-based compensation, interest expenses related to convertible debts and fair value change of derivative liability, amortization of intangible assets arising from acquisitions, impairment losses from goodwill, intangible assets and investment, and income tax provision related to the amortization of intangible assets arising from acquisitions and impairment loss from goodwill, intangible assets and investment, was $4.3 million in the third quarter of 2017, compared with non-GAAP net loss attributable to NQ Mobile of $0.2 million in the same period in 2016.

*Cash, Cash Equivalents, Term Deposits and Restricted Cash*

Cash, cash equivalents, term deposits, and restricted cash amounted to $248.8 million as of September 30, 2017.

*Cash Flow*

Net cash used in operations for the third quarter of 2017 was $11.7 million.

**Other Significant Events**

*Completion of the FL Mobile Divestment and the Sale of Showself's Live Social Video Business*

The Company announced in a press release on December 14, 2017 that it had completed the divestment of FL Mobile and sale of Showself's Live Social Video Business. The Company received in aggregate a total of approximately RMB3,320 million, consisting of approximately RMB1,550 million in cash and RMB1,770 million in a senior note, which together totals 100% of the agreed upon price pursuant to the definitive agreements with Tongfang Investment Fund Series SPC (the "Investor"), an affiliate of Tongfang Securities Limited, a part of Tsinghua Tongfang. The key terms of the senior note include an interest payment of 8% per annum for 12 months, and may be extended for another 12 months at the Company's option, and can be redeemed early by the Investor for principle plus accrued interest in cash payments to the Company at any time.

**Exhibit 99.2**

**NQ Mobile Inc. Completes the FL Mobile Divestment and the Sale of Showself's Live Social Video Business**

BEIJING, December 14, 2017 — NQ Mobile Inc. ("**NQ Mobile**" or the "**Company**"), a leading global provider of mobile internet services, today announced that it has completed the FL Mobile Divestment and the Sale of Showself's Live Social Video Business. The Company today received additional approximately RMB1.97 billion of consideration for the transaction, consisting of approximately RMB200 million, in cash and RMB1,770 million in a senior note from Tongfang Investment Fund Series SPC (the "**Investor**"), an affiliate of Tongfang Securities Limited, a part of Tsinghua Tongfang. This brings the total consideration received to approximately RMB3.32 billion, or 100% of the agreed upon price pursuant to the definitive agreements between the Company and the Investor in March 2017. As compensation to the Company, the senior note issued to the Company bears an interest of 8% per annum. This one-year senior note may be extended by another 12 months at the Company's option, and can be redeemed early by the Investor for principle plus accrued interest to the Company at any time.

**About NQ Mobile**

NQ Mobile Inc. (NYSE: NQ) is a leading global provider of mobile internet services. NQ Mobile's portfolio of offerings includes mobile game publishing platforms, mobile advertising platforms, mobile entertainment applications and platforms, mobile security and productivity applications and other mobile applications. For more information on NQ Mobile, please visit http://www.nq.com.

**Forward Looking Statements**

This news release contains "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and as defined in the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. All statements other than statements of historical fact in this press release are forward-looking statements and involve certain risks and uncertainties that could cause actual results to differ materially from those in the forward-looking statements. These forward-looking statements are based on management's current expectations, assumptions, estimates and projections about the Company and the industry in which the Company operates, but involve a number of unknown risks and uncertainties. Further information regarding these and other risks is included in the Company's filings with the U.S. Securities and Exchange Commission. The Company undertakes no obligation to update forward-looking statements to reflect subsequent occurring events or circumstances, or changes in its expectations, except as may be required by law. Although the Company believes that the expectations expressed in these forward looking statements are reasonable, it cannot assure you that such expectations will turn out to be correct, and actual results may differ materially from the anticipated results. You are urged to consider these factors carefully in evaluating the forward-looking statements contained herein and are cautioned not to place undue reliance on such forward-looking statements, which are qualified in their entirety by these cautionary statements.

**Investor Relations:**

NQ Mobile Inc.
Email: investors@nq.com
Phone: +1 469 310 5281
Phone: +86 10 6452 2017
Twitter: @NQMobileIR