# EXHIBIT J

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**
**Form 6-K**
**REPORT OF FOREIGN PRIVATE ISSUER**
**PURSUANT TO RULE 13a-16 OR 15d-16 OF**
**THE SECURITIES EXCHANGE ACT OF 1934**

For the month of April 2018

--------------

Commission File Number: 001-35145

----------

# Link Motion Inc.

**No. 4 Building**
**11 Heping Li East Street**
**Dongcheng District**
**Beijing 100013**
**The People's Republic of China**
**(Address of principal executive offices)**

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1):_____

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7):_____

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**Link Motion Inc.**

By: /s/Vincent Wenyong Shi
Name: Vincent Wenyong Shi
Title: Chairman and Chief Operating Officer

Date: April 11, 2018

**EXHIBIT INDEX**

| Exhibit No. | Description |
|---|---|
| Exhibit 99.1 | Press Release |

Exhibit 99.1



## Link Motion Reports Unaudited Financial Results for the Fourth Quarter and Fiscal Year 2017

**BEIJING - April 10, 2018** - Link Motion Inc., formerly NQ Mobile Inc. (NYSE: LKM), a leading smart car and smart ride company, reported its unaudited financial results for the fourth quarter and full year ended December 31, 2017.

**Fourth Quarter and Full Year 2017 Financial Highlights:**

- Q4 2017 net revenues totaled $13.4 million, a 23.1% decrease from $17.5 million in Q4 2016; 2017 net revenues totaled $57.6 million, a 5.0% decrease from $60.6 million in 2016.
- Q4 2017 GAAP net income attributable to Link Motion increased to $111.4 million or $1.10 per fully diluted ADS versus net loss of $111.2 million or $1.12 per fully diluted ADS in Q4 2016; 2017 GAAP net loss attributable to Link Motion was $5.3million or $0.05 per fully diluted ADS versus net loss of $127.6 million or $1.29 per fully diluted ADS in 2016.
- At the end of 2017 cash, cash equivalents and term deposits increased to $319.8 million compared to $266.9 million at the end of 2016. In addition, the Company has a note receivable of $270.9 million from the Q4 2017 divestment of FL Mobile and sale of Showself.

**2017 and Subsequent Operational Highlights:**

- Completed the FL Mobile Divestment and the Sale of Showself's Live Social Video Business. The excess of total consideration over the carrying value of the disposed entities was $342.0 million. The Company recognized $161.5 million of gain in the fourth quarter and booked $180.4 million as deferred gain from the disposal of discontinued operations to be recognized when the receivables from purchasers are collected in future periods.
- Shifted the corporate focus to becoming a leading smart car and smart ride company by leveraging Link Motion's CarBrain platform. This rebranding from NQ Mobile Inc. to Link Motion Inc. and the ticker symbol for the Company's ADS traded on the NYSE from "NQ" to "LKM".
- Formed a partnership with Hangzhou First Technology Co., a leading car design and engineering firm, to design Link Motion's passenger-centric smart car for its future Smart Ride business.
- Extended Link Motion's product offerings beyond passenger cars to public transportation vehicles and was selected as the platform vendor for pure electric buses being demonstrated in the city of Qingdao.
- Formed a partnership with Chery Automotive Co., to jointly develop a technology platform for the connected vehicle of the future including fully autonomous vehicles.
- Established a partnership with Irdeto, one of the world leaders in digital platform security, to integrate its secure vehicle access solution into our CarBrain platform for new lines of connected and autonomous cars.

**Management Commentary**

"2017 was a transformational year for Link Motion, as we prepared the company to capitalize on the massive smart car opportunity we believe is in the early stages of its growth cycle," said Dr. Vincent Shi, Founder and Chairman of Link Motion. "Our Company, NQ Mobile was founded for the smart phone revolution and today Link Motion is built for the upcoming smart car "revolution."

"Over the last several months, we have made great strides in the development of our future businesses and have put in place the skilled talent needed to execute upon our operational plans. As we move forward into 2018, we expect to continue to form key partnerships with major industry players and have identified three key operational milestones we expect to achieve in 2018 including the commercial rollout of our Smart Ride business in the summer, the further growth of our CarBrain platform, and the resulting revenue growth from these new businesses."



"Our entire management team is confident in our ability to ramp our smart car and smart ride businesses in the quarters to come. We are focused on delivering the key milestones for 2018."

"To further support the transparency amongst our shareholder base and new institutional investors, Link Motion will be hosting investor and analyst events in China expected in the Summer of 2018 after our launch city is announced. As part of our new strategic investor relations and communication program, we plan to be aggressive with our progress updates and adhering to best practices in the United States and abroad. We also expect to be attending multiple investor conferences throughout 2018 in key global markets." Concluded Dr. Shi.

**Financial Results**

The Company announced in a press release on December 14, 2017 (the "disposal date") that it had completed the divestment of FL Mobile and sale of Showself's Live Social Video Business (the "Divestments"). Accordingly, the financial results were deconsolidated as of December 14, 2017. The key financial information related to the Divestments for the period up to the disposal date, is quantified in the discontinued sections below. All results presented for the current period reflect these changes and the comparable periods presented have also been adjusted retrospectively. Additionally, the excess of total consideration over the carrying value of the disposed entities was $342.0 million. The Company has recognized $161.5 million of gain in the fourth quarter, which represents the percentage of the cash received of the overall consideration. The remaining portion of the excess which represents the percentage of the consideration that is still receivable, is $180.4 million and recorded as deferred gain from the disposal of discontinued operations on the balance sheet. The Company will recognize these gains pro-rata as it receives cash from the purchasers in future periods.

**Fourth Quarter 2017 Financial Results**

*Revenues*

Net revenues in the fourth quarter of 2017 decreased 23.1% year-over-year to $13.4 million from $17.5 million in the same period in 2016. Consumer Services revenues consist of advertising and other consumer services. Advertising revenues increased 14.2% year-over-year to $3.2 million from $2.8 million in the same period in 2016. The increase in advertising revenues was mainly due to overseas promotional business. Other services revenues decreased 17.6% year-over-year to $0.9 million from $1.1 million in the same period a year ago. The decrease in other service revenues was mainly due to lower premium consumer security revenues as a result of the Company moving away from premium subscription services to an advertising-based model.

Enterprise Mobility revenues decreased 31.2% year-over-year to $9.4 million from $13.6 million in the same period in 2016. The decrease in enterprise product revenues was mainly due to weakness in customer demand in the fourth quarter of the year compared to the same period of last year.

*Cost of Revenues*

Cost of revenues in the fourth quarter of 2017 decreased 45.3% year-over-year to $11.4 million from $20.8 million in the same period in 2016. The year-over-year decrease was primarily due to lower hardware sales within the enterprise business and lower customer acquisition cost within the consumer services segment.

*Gross Profit and Gross Margin*

Gross profit in the fourth quarter of 2017 was $2.0 million from a gross loss of $3.4 million in the same period in 2016. Gross margin, or gross profit as a percentage of net revenues, was 15.2% in the fourth quarter of 2017, compared with negative gross margin of 19.2% in the same period in 2016.