# EXHIBIT M

# NG, LIE, LAI & CHAN
## SOLICITORS & NOTARIES
### 伍 李 黎 陳 律師行
Room 809, 8th Floor, Nan Fung Tower, No. 88 Connaught Road Central, Hong Kong.
香港干諾道中 88 號南豐大廈 8 樓 809 室
Tel: (852) 2852 5933   Fax: (852) 2851 6878   INTERCHANGE: DX-009926

| | |
|---|---|
| Date : 9th March 2022 | Our Ref: LIT/BN/SF/T/83913(4)/19 |
| Your Ref : HKIAC/A19086 | Person in charge: Mr. Brian Ng / Mr. Yip |
| | Direct line: 2852 5933 (Ext 915) |
| | Fax line: 2851 6878 |

Anselmo Reyes
Sole Arbitrator

**BY EMAIL only**
**(reyes.anselmo@gmail.com)**

Dear Sir,

**Re: Arbitration**
**Disputes arising from a Share Purchase Agreement dated 30 March 2017**
**in respect of equity interest in the FL Mobile Jiutian Technology Co., Ltd.**
**(北京飞流九天科技有限公司)**
**Claimant            : Tongfang Investment Fund Series SPC**
**1st Respondent   : Xinjiang NQ Mobile Venture Capital Investment Co., Ltd.**
**2nd Respondent  : Link Motion Inc. (formerly known as NQ Mobile Inc.)**

We refer to your email dated 23rd February 2022.

Please be informed that we have no further instructions to act for Tongfang Investment Fund Series SPC and also noted that Tongfang Investment Fund Series SPC was dissolved.

Yours faithfully,

Ng, Lie, Lai & Chan

BN/ywk

c.c. Hong Kong International Arbitration Centre (Attn: Mr. Byron Perez, HKIAC Counsel)
[BY EMAIL only (arbitration@hkiac.org / bperez@hkiac.org)]

Partners:                          Consultant:
Andrew W.M. To *#^    陶慧明律師       Robert K.K. Lie #           李國康律師
Brian S.W. Ng *#^        吳緒煌律師       Charles Yeung #^          楊錦祥律師

*國際公証人 Notary Public    #中國委托公証人 China Appointed Attesting Officer    ^婚姻監禮人 Civil Celebrant of Marriages