# EXHIBIT O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHINA AI CAPITAL LIMITED, a British Virgin Islands Limited company, a derivatively on behalf of LINK MOTION INC., Cayman Islands limited company f/k/a NQ MOBILE INC.

CASE NO. : 1:12-CV-10911 (VM)

vs  *Plaintiff*

DLA PIPER LLP (US), a Maryland limited liability partnership, et al   Defendant
-and-
LINK MOTION INC., a Cayman Islands limited company f/k/a NQ MOBILE INC.
*Nominal Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York.

That on 3/8/2022 at 1:46 PM at 366 Madison Avenue, 3rd Floor, New York, NY 10017

deponent served a(n) **Letter Dated March 7, 2022 with Exhibits A-G**

on **Ms. Rosanne E. Felicello c/o Felicello Law P.C.** accepted by **Nadine Murphy**,

deponent knew the person so served to be a person authorized to accept service.

Description of Person Served:
Gender: Female
Skin: Black
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other: Glasses

Sworn to before me this
10th day of March, 2022

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2023

Di Cong Jiang
License No. 1220800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHINA AI CAPITAL LIMITED, a British Virgin Islands Limited company, a derivatively on behalf of LINK MOTION INC., Cayman Islands limited company f/k/a NQ MOBILE INC.

CASE NO. : 1:12-CV-10911 (VM)

vs

*Plaintiff*

DLA PIPER LLP (US), a Maryland limited liability partnership, et al  Defendant
-and-
LINK MOTION INC., a Cayman Islands limited company f/k/a NQ MOBILE INC.

*Nominal Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York.

That on 3/8/2022 at 1:46 PM at 366 Madison Avenue, 3rd Floor, New York, NY 10017

deponent served a(n) **Letter Dated March 7, 2022 with Exhibits A-G**

on **Mr. Michael James Maloney c/o Felicello Law P.C.** accepted by **Nadine Murphy**,

deponent knew the person so served to be a person authorized to accept service.

Description of Person Served:
Gender: Female
Skin: Black
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other: Glasses

Sworn to before me this
10th day of March, 2022

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2023

Di Cong Jiang
License No.1220800