**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

CHINA AI CAPITAL LIMITED,

                  Plaintiff,

- against -

DLA PIPER LLP (US), et al.,

                  Defendants.

**21 Civ. 10911 (VM)**

**AMENDED ORDER
OF REFERENCE
TO A MAGISTRATE JUDGE**

**VICTOR MARRERO, United States District Judge.**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**X** Specific Non-Dispositive Motion/Dispute: *
Motion for sanctions (Dkt. No. 35) Notice to Shareholders of Voluntary Dismissal (Dkt. Nos. 30 & 34) (requesting Report and Recommendation).

\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_ Settlement*

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

\_\_ All such motions:

* Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated:  October 3, 2022
          New York, New York

                                      VICTOR MARRERO
                                      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2022