2022/10/7 23:38     Xinjiang NQ Mobile Venture Capital Co., Ltd - Qichacha     **EXHIBIT 22 (Highlighting not in original)**



## Xinjiang NQ Mobile Venture Capital Co., Ltd    Existing

Former Name   Small and Micro Enterprise    2 Judicial Cases ▶     Updated on September 9, 2022

#Leasing and Commercial Service Industry # Commercial Service Industry # Organization Management Service # Investment and Asset Management # Xinjiang Uygur Autonomous Region # Kashgar Region # Kashgar City

| | | |
|---|---|---|
| Views: 2520 | Legal representative: Nie Youdi    Associated with 3 enterprises | Unified social credit code: 91653100MA775H8865 |
| I want to claim | Tel.: 18501035705 More 1 Enterprises with the same contact number 2 | Official website: N/A |
| | E-mail: 252238955@qq.com More 1 | Address: Building 2, Shenzhen Town, Headquarters Economic Zone, Shenka Avenue, Kashgar Economic Development Zone, Kashgar Region, Xinjiang ...... Nearby enterprises |

Brief introduction: Xinjiang NQ Mobile Venture Capital Co., Ltd was established on January 28, 2016, with Nie Youdi acting as its legal representative, with a registered capital of RMB 100 million and unified social credit code of 91653100MA775H88...  Expand

| Property clue | Enterprise group: NQ | Equity Penetration Chart | Enterprise Profile |
|---|---|---|---|
| Clue 244  Estimated Value ▓▓▓ | Members 6  Risks 158 | Exploration of the deep equity structure | Master enterprise information by one diagram |

| Own risk 0 | Related risk 48 | Historical risk 0 | Sensitive public opinion 2 | Prompt message 68 | Check the risks | January 23, 2020 Change of the ultimate beneficiary: from "Guo Ling... | View dynamic information |
|---|---|---|---|---|---|---|---|

| Basic information 21 | Lawsuits 2 | Operational risk 2 | Business information | Enterprise development 56 | Intellectual property rights | Historical information 5 |
|---|---|---|---|---|---|---|
| Qichacha Profile | Industrial and Commercial Information | Shareholder Information 1 | Key Personnel 2 | Outward Investment 2 | Change Record 11 | Ultimate Beneficiary | Actual Controller | Collaborative Shareholder 3 | Controlling Enterprise 1 | Indirect Holding Enterprise 0 | Suspected Relationship 1 |
| Parent Company 0 | Branch 0 | Independent Publicity for Industrial and Commercial Information 0 | Financial Analysis | Cross Sectional Analysis | Financial Data 0 | Global Affiliate 0 | | | | | |

### Qichacha Profile     Qichacha

         

Relationship Profile    Enterprise Profile    Equity Penetration Chart    Equity Structure Chart    Beneficial Shareholder    Equity Distribution    Related Party Identification Chart    Actual Controller    Risk Profile

**Industrial & commercial information**    Historical industrial & commercial information 1    Declaration of revocation of business license ▶    Text Introduction > View the snapshot of industrial & commercial official website    Qichacha

| | | | | |
|---|---|---|---|---|
| Unified social credit code | 91653100MA775H8865 | Enterprise name | Xinjiang NQ Mobile Venture Capital Co., Ltd<br>Former name: Xinjiang NQ Mobile Venture Capital Co., Ltd (January 2016 to February 2016) | |
| Legal representative | NIE  Nie Youdi  Associated with 3 enterprises | Registration status | Existing (in business, open, registered) | Date of establishment | January 27, 2016 |
| Organization code | MA775H88-6 | Registered capital<br>Industrial &commercial registration No. | RMB 100 million<br>653100051035649 | Paid-in capital<br>Taxpayer ID No. | RMB 100 million<br>91653100MA775H8865 |
| Type of enterprise | Limited liability company (sole proprietorship of legal person invested or held by natural person) | Business term | January 27, 2016 to January 26, 2046 | Qualification of the taxpayer | - |
| Industry involved | Commercial service industry | Region involved | Kashgar City, Kashgar Region, Xinjiang Uygur Autonomous Region | Registration authority | Kashgar Region Market Supervision Administration Bureau |
| Number of staff | - | Number of insured persons | 0 (2021 Annual Report) | Approval date | December 30, 2019 |
| English Name | Xinjiang Wangqin Mobile Venture Capital Co,Ltd. (automatic translation and update) | | | Import and Export Enterprise ID | - |
| Registered address | No. 1-3, Floor 4, Building 2, Shenzhen Town, Headquarters Economic Zone, Shenka Avenue, Kashgar Economic Development Zone, Kashgar Region, Xinjiang  Nearby enterprises | | | | |
| Scope of business | Venture investment business, agency for other venture capital enterprise and other institutes or personal venture capital investment business; venture capital investment consulting business; jointly set up venture capital enterprise and venture capital management consulting institute. (Items subject to approval in accordance with the law shall not be allowed to operate before they are approved by the competent departments) | | | | |

**Shareholder information 1**     Equity Structure >     Subscription Amount     Shareholding Ratio     Qichacha

| S/N | Shareholders and their capital contribution information | Shareholding proportion | Subscribed capital contribution amount (RMB ten thousand) | Date of subscribed capital contribution | Date of participation | Related products/ institutions |
|---|---|---|---|---|---|---|
| 1 | Beijing Never Quit Technology Co., Ltd.<br>Majority Shareholder  With Loss of Credibility<br>Equity Structure > | 100% | 10000 | January 24, 2021 | - | Line Motion |

**Key personnel**
Key personnel 2    Historical key personnel 2     Qichacha

https://www.qcc.com/firm/76075abb256721596ad9001b72806a72.html     **EXHIBIT 22 (Highlighting not in original)**     1/5

2022/10/7 23:38        Xinjiang NQ Mobile Venture Capital Co., Ltd - Qichacha

| S/N | Name | | Title | Shareholding proportion | Personal Profile |
|---|---|---|---|---|---|
| 1 | NIE   Nie Youdi | | Executive Director and General Manager, Legal Representative | - | - |
| | With high consumption limit | Associated with 3 enterprises | | | |
| 2 | WU   Wu Jiang | Associated with 3 enterprises | Supervisor | - | Details |

**Outward investment**

| Outward investment 2 | | Historical outward investment 2 | | Shareholding proportion | Registration status ▼ | Province of affiliation ▼ | Industry ▼ | Qichacha |
|---|---|---|---|---|---|---|---|---|
| S/N | Name of invested enterprise | | Status | Legal representative | Registered capital | Date of establishment | Date of investment | Shareholding proportion | Subscribed contribution amount |
| 1 | | Beijing Changxiang Intelligent Technology Co., Ltd. Equity Structure | Logout | Shi Wenyong Associated with 41 enterprises | RMB 1 million | December 30, 2018 | December 19, 2018 | 100% | RMB 1 million |
| 2 | | Asia Pacific Chuangjiao (Guangxi) Technology Co., Ltd Equity Structure | Logout | Jin Wensheng Associated with 11 enterprises | RMB 1 million | March 09, 2017 | - | 10% | RMB 1 million |

**Alteration records 11**                                                                                       All types ▼    Qichacha

| S/N | Date of alteration | Altered items | Before alteration | After alteration |
|---|---|---|---|---|
| 1 | December 30, 2019 | Record of Articles | - | - |
| 2 | December 30, 2019 | Filing of senior management (Directors, Supervisors, Managers, Etc.) The one marked with * is the legal representative | Wu Jiang (Supervisor) Xu Zemin (Manager) [Quit] Xu Zemin (Executive Director) [Quit] | Wu Jiang (Supervisor) Nie Youdi * (Executive Director and General Manager) [New] |
| 3 | December 30, 2019 | Change of responsible person (change of Legal Representative, Responsible Person, Chief Representative, Partnership Affairs Executor, etc.) The one marked with * is the legal representative | Xu Zemin | Nie Youdi * |
| 4 | December 28, 2019 | Address (operation place, address) change | Domicile: **** Postal code:   844000 Tel.:   ****** Domicile: **** | Domicile: No. 1-3, Floor 4, Building **** Postal code:   844000 Tel.:   ****** Domicile: **** |
| 5 | December 28, 2019 | Record of combination of multiple certificates | - | Record of the seal engraving Social Insurance Registration Certificate Tax Registration Certificate Organization Code Certificate Statistic Certificate Business License |
| 6 | December 28, 2019 | Address change (changes of domicile, operating site and registered address, etc.) | Room ***, Comprehensive Service Building of Shenzhen-Kashgar Science and Technology Innovation Service Center, West Area, Shenzhen Industrial Park, Kashgar Economic Development Zone Kashgar Region, Xinjiang | No. *, Floor *, Building *, Shenzhen Town, Headquarters Economic Zone, Shenka Avenue, Kashgar Economic Development Zone, Kashgar Region, Xinjiang |
| 7 | February 28,2016 | Change of registered capital (change of registered capital, amount of capital, etc.) | RMB 30 million | RMB 100 million (+233.33%) |
| 8 | February 28,2016 | Change of investors (including amount of capital contribution, mode of capital contribution, date of capital contribution, name of investors, etc.) | Beijing Never Quit Technology Co., Ltd. Contribution:   **** Percentage:   *** Enterprise Legal Person | Beijing Never Quit Technology Co., Ltd. Contribution:   ***** Percentage:   *** Enterprise Legal Person |
| 9 | February 28,2016 | Change of investors (including amount of capital contribution, mode of capital contribution, date of capital contribution, name of investors, etc.) | Enterprise name: Beijing Never Quit Technology Co., Ltd.; Contribution amount: 3000; Percentage:   100; Nature of legal person: Enterprise Legal Person | Enterprise name: Beijing Never Quit Technology Co., Ltd.; Contribution amount:   10000 (+7000); Percentage:   100; Nature of legal person: Enterprise Legal Person |
| 10 | February 28,2016 | Change of name (brand name, group name etc.) | Xinjiang NQ Mobile Venture Capital Co., Ltd (January 27, 2016 to February 28, 2016) | Xinjiang NQ Mobile Venture Capital Co., Ltd |

                                                                                                                             1    2    >

**Ultimate beneficiary**                        Beneficial owner identification based on the document 235 of the People's Bank Of China   >    Qichacha

**Beneficial Owner 2**

| S/N | Name of beneficial owner | Ultimate beneficial shares | Benefit type | Office type | Reason for determining |
|---|---|---|---|---|---|
| 1 | GUO   Guo Lilin As the beneficial owner, 28 enterprises | 59.675% Equity chain | Direct or indirect shareholding, Actual Controller | - | Penetrate and identify natural persons who directly or indirectly own more than 25% of equity or voting rights of the company |

https://www.qcc.com/firm/76075abb256721596ad9001b72806a72.html                                                                          2/5

| | GUO Guo Lingyun | 25.575% | Direct or indirect shareholding | - | Penetrate and identify natural persons who directly or indirectly own more than 25% of equity or voting rights of the company |
| | As the beneficial owner, 15 enterprises | Equity chain | | | |

**Beneficial natural person 3**                                                                                                         Qichacha

| S/N | Name of beneficial natural person | Ultimate beneficial shares | Benefit type | Office type |
|---|---|---|---|---|
| 1 | GUO  Guo Lilin | 59.675% | Direct or indirect shareholding, Actual Controller | - |
| | As the beneficial owner, 28 enterprises | Equity chain | | |
| 2 | GUO  Guo Lilin | 25.575% | Direct or indirect shareholding | - |
| | As the beneficial owner, 15 enterprises | Equity chain | | |
| 3 | NIE  Nie Youdi | - | Legal Representative / Responsible Person, Key Management Personnel | Legal Representative, Executive Director and General Manager |
| | As the beneficial owner, 12 enterprises | | | |

Qichacha

**Actual Controller**

Xinjiang NQ Mobile Venture Capital Co., Ltd

Qichacha

**Collaborative shareholder**

### Collaborative shareholder

Be SVIP, to view collaborative shareholders

| ￥3600/3 years | ￥3600/2 years | ￥1800 / 1 year |
|---|---|---|
| Cost only RMB 3.28 per day | Cost only RMB 4.93 per day | Cost only RMB 4.93 per day |

**Immediately open**

All the privileges | Invoices can be issued after the payment

Example



# 新疆网秦移动创业投资有限公司 `存续`

曾用名　小微企业　司法案件 2个 ▶

`#租赁和商务服务业`　`#商务服务业`　`#组织管理服务`　`#投资与资产管理`　`#新疆维吾尔自治区`　`#喀什地区`　`#喀什市`

↻ 2022-09-09更新

| | |
|---|---|
| 法定代表人： 聂友弟　关联3家企业 > | 统一社会信用代码： 91653100MA775H8865 |
| 电话： 18501035705　更多 1　同电话企业 2 | 官网： 暂无 |
| 邮箱： 252238955@qq.com　更多 1 | 地址： 新疆喀什地区喀什经济开发区深喀大道总部经济区深圳城2号楼… 附近企业 |

浏览量：2520　　我要认领

简介：新疆网秦移动创业投资有限公司成立于2016-01-28，法定代表人为聂友弟，注册资本为10000万元人民币，统一社会信用代码为91653100MA775H88… 展开

编辑企业信息

财产线索　线索 244　预估价值 ****  
企业族群：网秦　成员 6　风险 158  
股权穿透图　挖掘深层股权结构  
企业图谱　企业信息一图掌控

| 自身风险 0 | 关联风险 48 | 历史风险 0 | 敏感舆情 2 | 提示信息 68 | 查看风险 ⓘ | 2020-01-23 最终受益人变更：从"郭凌… | 查看动态 |

基本信息 21　　法律诉讼 2　　经营风险 2　　经营信息　　企业发展 56　　知识产权　　历史信息 5

查查图谱　工商信息　股东信息 1　主要人员 2　对外投资 2　变更记录 11　最终受益人　实际控制人　协同股东 3　控制企业 1　间接持股企业 0　疑似关系 1

总公司 0　分支机构 0　工商自主公示 0　财务简析　同业分析　财务数据 0　全球关联企业 0

## 查查图谱

 关系图谱　 企业图谱　 股权穿透图　 股权结构图　 企业受益股东　 企业股权分布　 关联方认定图　 实际控制人　 风险图谱

## 工商信息

历史工商信息 1　营业执照作废声明 >

文字介绍 >　查看工商官网快照

| | | | |
|---|---|---|---|
| 统一社会信用代码 | 91653100MA775H8865 | 企业名称 | 新疆网秦移动创业投资有限公司<br>曾用名：新疆网秦移动创业投资管理有限公司（2016-01 至 2016-02） |
| 法定代表人 | 聂 聂友弟　关联3家企业 > | 登记状态 | 存续（在营、开业、在册） |
| | | 成立日期 | 2016-01-27 |
| | | 注册资本 | 10000万元人民币 |
| | | 实缴资本 | 10000万元人民币 ⓘ |
| 组织机构代码 | MA775H88-6 | 工商注册号 | 653100051035649 |
| | | 纳税人识别号 | 91653100MA775H8865 |
| 企业类型 | 有限责任公司（自然人投资或控股的法人独资） | 营业期限 | 2016-01-27 至 2046-01-26 |
| | | 纳税人资质 | - |
| 所属行业 | 商务服务业 | 所属地区 | 新疆维吾尔自治区喀什地区喀什市 |
| | | 登记机关 | 喀什地区市场监督管理局 |
| 人员规模 | - | 参保人数 | 0（2021年报） 📊 |
| | | 核准日期 | 2019-12-30 |
| 英文名 | Xinjiang Wangqin Mobile Venture Capital Co., Ltd.（自动翻译 更新） | 进出口企业代码 | - |
| 注册地址 | 新疆喀什地区喀什经济开发区深喀大道总部经济区深圳城2号楼4层1-3号　附近企业 | | |
| 经营范围 | 创业投资业务，代理其他创业投资企业等机构或个人的创业投资业务；创业投资咨询业务；参与设立创业投资企业与创业投资管理顾问机构。（依法须经批准的项目，经相关部门批准后方可开展经营活动） | | |

## 股东信息 1

品 股权结构 >　认缴金额 ▾　持股比例 ▾

| 序号 | 股东及出资信息 | 持股比例 | 认缴出资额(万元) | 认缴出资日期 | 参股日期 | 关联产品/机构 |
|---|---|---|---|---|---|---|
| 1 | Ⓝ 北京网秦天下科技有限公司<br>大股东　有失信<br>品 股权结构 > | 100% | 10000 | 2021-01-24 | - | 凌动智行 |

 开通 SVIP >　主要人员

主要人员 2　历史主要人员 2

| 序号 | 姓名 | | 职务 | 持股比例 | 个人简介 |
|---|---|---|---|---|---|
| 1 | 聂　聂友弟<br>有限制高消费 ▶ | 关联3家企业 > | 执行董事兼总经理,法定代表人 | - | - |
| 2 | 吴　吴疆 | 关联13家企业 > | 监事 | - | 详情 |

## 对外投资

**对外投资 2**　历史对外投资 2　　　　　　　　　　　　　　　　持股比例 ▾　ⓘ　登记状态 ▾　所属省份 ▾　所属行业 ▾　@企查查

| 序号 | 被投资企业名称 | 状态 | 法定代表人 | 注册资本 | 成立日期 | 投资日期 | 持股比例 | 认缴出资额 |
|---|---|---|---|---|---|---|---|---|
| 1 | 畅想智慧 北京畅想智慧科技有限公司<br>股权结构 > | 注销 | 史文勇<br>关联41家企业 > | 100万元人民币 | 2018-12-20 | 2018-12-19 | 100% | 100万元人民币 |
| 2 | 亚太创教 亚太创教（广西）科技有限公司<br>股权结构 > | 注销 | 金文胜<br>关联11家企业 > | 1000万元人民币 | 2017-03-09 | - | 10% | 100万元人民币 |

## 变更记录 11

全部类型 ▾　@企查查

| 序号 | 变更日期 | 变更项目 | 变更前 | 变更后 |
|---|---|---|---|---|
| 1 | 2019-12-30 | 章程备案 | - | - |
| 2 | 2019-12-30 | 高级管理人员备案（董事、监事、经理等）<br>带有*标记的为法定代表人 | 吴疆（监事）<br>许泽民（经理）【退出】<br>许泽民（执行董事）【退出】 | 吴疆（监事）<br>聂友弟*（执行董事兼总经理）【新增】 |
| 3 | 2019-12-30 | 负责人变更（法定代表人、负责人、首席代表、合伙事务执行人等变更）<br>带有*标记的为法定代表人 | 许泽民 | 聂友弟* |
| 4 | 2019-01-28 | 住所（营业场所、地址）变更 | 住所:****<br>邮政编码: 844000<br>电话: ******<br>住所:**** | 住所:****号楼4层1-3号<br>邮政编码: 844000<br>电话: ******<br>住所:**** |
| 5 | 2019-01-28 | 多证合一备案 | - | 公章刻制备案<br>社会保险登记证<br>税务登记证<br>机构代码证<br>统计证<br>营业执照 |
| 6 | 2019-01-28 | 地址变更（住所地址、经营场所、驻在地址等变更） | 新疆喀什地区喀什经济开发区深圳产业园西区深喀科技创新服务中心综合服务楼***室 | 新疆喀什地区喀什经济开发区深喀大道总部经济区深圳城*号楼*层-*号 |
| 7 | 2016-02-28 | 注册资本变更（注册资金、资金数额等变更） | 3000万元人民币 | 10000万元人民币（+233.33%） |
| 8 | 2016-02-28 | 投资人变更（包括出资额、出资方式、出资日期、投资人名称等） | 北京网秦天下科技有限公司<br>出资: ****<br>百分比: ***<br>企业法人 | 北京网秦天下科技有限公司<br>出资: *****<br>百分比: ***<br>企业法人 |
| 9 | 2016-02-28 | 投资人变更（包括出资额、出资方式、出资日期、投资人名称等） | 企业名称: 北京网秦天下科技有限公司; 出资额: 3000; 百分比: 100; 法人性质: 企业法人 | 企业名称: 北京网秦天下科技有限公司; 出资额: 10000（+7000）; 百分比: 100; 法人性质: 企业法人 |
| 10 | 2016-02-28 | 名称变更（字号名称、集团名称等） | 新疆网秦移动创业投资管理有限公司（2016-01-27 至 2016-02-28） | 新疆网秦移动创业投资有限公司 |

1　2　>

## 最终受益人　ⓘ

基于央行235号文的受益所有人识别 >　@企查查

**受益所有人 2**

| 序号 | 受益所有人名称 | 最终受益股份 | 受益类型 | 任职类型 | 判定理由 |
|---|---|---|---|---|---|
| 1 | 郭　郭力麟<br>作为受益所有人28家企业 > | 59.675%<br>股权链 > | 直接或间接持股，实际控制人 | - | 穿透识别出直接或间接拥有超过25%公司股权或者表决权的自然人 |

开通 SVIP

| 2 | 郭<br>郭凌云<br>作为受益所有人15家企业 > | 25.575%<br>股权链 > | 直接或间接持股 | - | 穿透识别出直接或间接拥有超过25%公司股权或者表决权的自然人 |

**受益自然人 3**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　@企查查

| 序号 | 受益自然人名称 | 最终受益股份 | 受益类型 | 任职类型 |
|---|---|---|---|---|
| 1 | 郭<br>郭力麟<br>作为受益所有人28家企业 > | 59.675%<br>股权链 > | 直接或间接持股，实际控制人 | - |
| 2 | 郭<br>郭凌云<br>作为受益所有人15家企业 > | 25.575%<br>股权链 > | 直接或间接持股 | - |
| 3 | 聂<br>聂友弟<br>作为受益所有人12家企业 > | - | 法定代表人/负责人，关键管理人员 | 法定代表人，执行董事兼总经理 |

**实际控制人**　ⓘ　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　@企查查

新疆网秦移动创业投资有限公司



**协同股东**　ⓘ　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　@企查查



协同股东
成为SVIP会员 即可查看协同股东

¥3600 / 3年　　　　¥3600 / 2年　　　　¥1800 / 1年
每天仅需 3.28 元　　每天仅需 4.93 元　　每天仅需 4.93 元

立即开通

全部特权 ｜ 支付后可开发票

开通
SVIP