UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHINA AI CAPITAL LIMITED,

                           Plaintiff,                        21-CV-10911 (VM) (VF)

              -against-                     **ORDER SCHEDULING**
                                                   **CONFERENCE**

DLA PIPER LLP (US), and CARYN SCHECTHMAN,

                       Defendants,

                -and-

LINK MOTION INC. f/k/a NQ MOBILE INC.,

                    Nominal Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference to address the parties' dispute over Plaintiff's proposed notice to Link

Motion, Inc. shareholders regarding Plaintiff's request for voluntary dismissal of this action (see

ECF Nos. 30, 34) is hereby scheduled for **Thursday, June 1, 2023 at 12:00 p.m.**

      Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at

the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

      **SO ORDERED.**

DATED:     New York, New York
           May 10, 2023

                                          VALERIE FIGUEREDO
                                        United States Magistrate Judge