# FELICELLO

Michael James Maloney*
Partner

Felicello Law P.C.
366 Madison Avenue
3rd Floor
New York, NY 10017

Tel. +1 (212) 584-7806
Direct +1 (646) 564-3510
mmaloney@felicellolaw.com

July 26, 2023

VIA ECF

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *China AI Capital Limited v. DLA Piper LLP (US) et al.*,
Case No. 1:21-cv-10911 (S.D.N.Y.)
First request for extension of time to file objections
to Report & Recommendation (Dkt. 53)

Dear Judge Marrero:

      We write pursuant to Individual Rule I.F to request a two week extension, from August 7, 2023 to August 21, 2023, of Plaintiff's time to file objections to the Report & Recommendation issued by Magistrate Judge Figueredo on July 24, 2023 (Dkt. 53). Defendants DLA Piper LLP (US) and Caryn Schechtman consent to this request on the condition that they be provided the commensurate additional time such that their time to file a response to the objection be extended to September 18, 2023. All parties consent to the requested briefing schedule.

                              Sincerely,

                              */s/ Michael James Maloney*

                              Michael James Maloney

cc:      All counsel of record via ECF

*Admitted to practice law in New York