```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHINA AI CAPITAL LIMITED,

                Plaintiff,

- against -

DLA PIPER LLP (US) et al.,

                Defendants.

21 Civ. 10911 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

China AI Capital Limited's request (Dkt. No. 55) for a two-week extension to file objections to the Report and Recommendation issued by Magistrate Judge Figueredo, dated July 24, 2023, is hereby **GRANTED**. Objections shall be due by August 21, 2023. Likewise, Defendants' time to respond to the objections is extended to September 18, 2023.

**SO ORDERED.**

Dated:    27 July 2023
           New York, New York

                                      _____
                                          Victor Marrero
                                             U.S.D.J.