**FELICELLO**

Michael James Maloney*
Partner

Felicello Law P.C.
366 Madison Avenue
3rd Floor
New York, NY 10017

Tel. +1 (212) 584-7806
Direct +1 (646) 564-3510
mmaloney@felicellolaw.com

August 1, 2023

VIA ECF

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *China AI Capital Limited v. DLA Piper LLP (US) et al.*,
Case No. 1:21-cv-10911 (S.D.N.Y.)
First request for extension of time to file objections
to Amended Report & Recommendation (Dkt. 58)

Dear Judge Marrero:

  We write pursuant to Individual Rule I.F to request entry of a scheduling order regarding objections and responses to the Amended Report & Recommendation issued by Magistrate Judge Figueredo on July 28, 2023 (Dkt. 58) (the "Amended R&R"). The Amended R&R amends the original Report & Recommendation issued by Magistrate Judge Figueredo on July 24, 2023 (Dkt. 53) (the "Original R&R"). The Court previously granted the parties' requested schedule regarding the Original R&R, *i.e.*, for extensions of time to August 21, 2023, for Plaintiff to serve objections, and to September 18, 2023, for Defendants DLA Piper LLP (US) and Caryn Schechtman to file their response. (Dkt. 56). The parties respectfully request entry of a scheduling Order providing for the same schedule concerning the Amended R&R, *i.e.*, extensions of time to August 21, 2023 for Plaintiff to serve objections and to September 18, 2023 for Defendants to file their response.

  All parties consent to the requested briefing schedule.

Sincerely,

*/s/ Michael James Maloney*

Michael James Maloney

cc: All counsel of record via ECF

*Admitted to practice law in New York