UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHINA AI CAPITAL LIMITED, a British Virgin Islands limited company, derivatively on behalf of LINK MOTION INC., a Cayman Islands limited company f/k/a NQ MOBILE INC., <br><br> Plaintiff, <br><br> -against- <br><br> DLA PIPER LLP (US), a Maryland limited liability partnership, and CARYN G. SCHECHTMAN, a natural person, <br><br> Defendants, <br><br> -and- <br><br> LINK MOTION INC., a Cayman Islands limited company f/k/a NQ MOBILE INC. <br><br> Nominal Defendant. | Case No. 1:21-cv-10911 (VM) |

**STIPULATION AND [PROPOSED] ORDER AND
BRIEFING SCHEDULE ON SANCTIONS AMOUNT**

WHEREAS, on March 6, 2024, the Court issued an order (Dkt. 65) overruling Plaintiff's objections to the Report & Recommendation issued by Magistrate Judge Valerie Figueredo on July 28, 2023, and directing the parties to submit within 14 days a proposed briefing schedule with respect to the costs and attorneys' fees incurred by Defendants in defending this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel and subject to the approval of the Court, that:

1. Defendants' opening motion for costs and attorney's fees incurred in defending this action shall be due on March 29, 2024;

2. Plaintiff's opposition to Defendants' motion shall be due on May 1, 2024;

3. Defendants' reply shall be due on May 13, 2024.

AND IT IS FURTHER STIPULATED AND AGREED that a facsimile copy of this Stipulation shall have the full force and effect of an original for all purposes.

Dated: New York, New York
March 19, 2024

| FELICELLO LAW P.C. | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| *Rosanne E. Felicello* (signature) | (signatures) |
| Michael James Maloney<br>Rosanne E. Felicello<br>366 Madison Avenue, 3rd Fl.<br>New York, NY 10017<br>(212)-584-7806<br>mmaloney@felicellolaw.com<br>rosanne@felicellolaw.com | Kevin S. Rosen (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213-229-7635<br>krosen@gibsondunn.com<br><br>Nancy E. Hart<br>Peter M. Wade<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>nhart@gibsondunn.com<br>pwade@gibsondunn.com |
| *Attorneys for Plaintiff* | *Attorney for Defendants DLA Piper LLP (US) and Caryn G. Schechtman* |