**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CHINA AI CAPITAL LIMITED, derivatively
on behalf of LINK MOTION INC.,

                         Plaintiff,

                - against -

DLA PIPER LLP (US) and CARYN G.
SCHECHTMAN,

                    Defendants, and

LINK MOTION INC.,

                    Nominal Defendant.

**21 Civ. 10911 (VM)**

<u>ORDER</u>

---

**VICTOR MARRERO, United States District Judge.**

      The Court is in receipt of the parties' proposed briefing schedule on the costs and fees incurred by Defendants DLA Piper LLP (US) and Caryn G. Schechtman, and the reasonableness thereof, contemplated by the Court's Decision and Order dated March 6, 2024. (<u>See</u> Dkt. Nos. 65-66.) The Court hereby **STAYS** any motion practice on this matter until the parties have endeavored to resolve the dispute through settlement under Magistrate Judge Figueredo, to whom the matter has been referred.

**SO ORDERED.**

Dated:     20 March 2024
           New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/20/24_

Victor Marrero
U.S.D.J.

1