UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHINA AI CAPITAL LIMITED, derivatively on behalf of LINK MOTION INC.,<br><br>      Plaintiff,<br><br>  - against -<br><br>DLA PIPER LLP (US) and CARYN G. SCHECHTMAN,<br><br>      Defendants, and<br><br>LINK MOTION INC.,<br><br>      Nominal Defendant. | 21 Civ. 10911 (VM)<br><br>**AMENDED ORDER**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/20/24 |

**VICTOR MARRERO, United States District Judge.**

  The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: *<br>_____<br>_____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | | Purpose:_____ |
| | | ___ | Habeas Corpus |
| **X** | **Settlement*** | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | **X** | **Dispositive Motion (i.e., motion requiring a Report and Recommendation)** |

**Particular Motion:** Briefing on fees and costs incurred by Defendants, and reasonableness thereof, contemplated by Order at Dkt. 65

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: March 20, 2024
    New York, New York

                    _____
                    Victor Marrero
                    U.S.D.J.