UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHINA AI CAPITAL LIMITED,

                Plaintiff,                21-CV-10911 (VM) (VF)

    -against-                  **ORDER SCHEDULING
                                                                     SETTLEMENT CONFERENCE**

DLA PIPER LLP (US), and CARYN SCHECHTMAN,

                Defendants,

    -and-

LINK MOTION INC. f/k/a NQ MOBILE INC.,

                Nominal Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is hereby scheduled for **Wednesday, July 17, 2024, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The corporate representative for Plaintiff is permitted to attend virtually. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **July 10, 2022.**

      **SO ORDERED.**

DATED:    New York, New York
               May 9, 2024

                                                                         VALERIE FIGUEREDO
                                                                         United States Magistrate Judge