UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHINA AI CAPITAL LIMITED,

                Plaintiff,                21-CV-10911 (VM) (VF)

      -against-                    **ORDER**

DLA PIPER LLP (US), and CARYN SCHECHTMAN,

                Defendants,

                -and-

LINK MOTION INC. f/k/a NQ MOBILE INC.,

                Nominal Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

Defendants are directed to submit briefing on the amount of the sanctions award on or before **Tuesday, September 3, 2024**. Plaintiff is directed to submit any opposition on or before **Tuesday, October 8, 2024**. Any reply from Defendants is due on or before **Tuesday, October 22, 2024**.

    **SO ORDERED.**

DATED:    New York, New York
          July 18, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge