USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHINA AI CAPITAL LTD., derivatively on behalf of LINK MOTION INC.

                    Plaintiff,

- against -

DLA PIPER LLP (US), and
CARYN G. SCHECHTMAN

                    Defendants.

**21 Civ. 10911 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Plaintiff requests that the Court "lift the stay of motion practice entered on March 20, 2024." (Dkt. No. 75.) There is no stay to lift. The Court's March 20 order stated that certain motion practice regarding sanctions was stayed "until the parties have endeavored to resolve the[ir] dispute through settlement under Magistrate Judge Figueredo, to whom the matter has been referred." (Dkt. No. 67.) As Plaintiff acknowledges, the parties appeared for a settlement conference before Judge Figueredo on July 17, 2024, and a settlement was not reached. The stay therefore expired at that time. Indeed, on July 18, 2024, Judge Figueredo set a briefing schedule on the amount of the sanctions award. (See Dkt. No. 74.)

Further, contrary to Plaintiff's contention, the Court's March 20 order did not stay *all* motion practice in this case.

1

The order merely stayed motion practice on the amount of costs and attorneys' fees to be paid as sanctions. (See Dkt. No. 67 (stating that the Court had received the parties' proposed briefing schedule "on the costs and fees incurred by Defendants . . . and the reasonableness thereof" and that the Court was staying "any motion practice *on this matter*," i.e., on the amount of costs and attorneys' fees to be paid as sanctions, "until the parties have endeavored to resolve the[ir] dispute" (emphasis added)).)

Any contemplated motion for reconsideration of the Court's March 6 Decision and Order would thus appear to be untimely.

**SO ORDERED.**

Dated:    19 July 2024
          New York, New York

Victor Marrero
U.S.D.J.