**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| 12/21/2021 | Hart, Nancy E. | 2.6 | | $3,237.00 | 1/6/2022 |
| 12/22/2021 | Hart, Nancy E. | 4.4 | | $5,478.00 | 1/6/2022 |
| 12/23/2021 | Hart, Nancy E. | 1.6 | | $1,992.00 | 1/6/2022 |
| 12/28/2021 | Hart, Nancy E. | 1.2 | | $1,494.00 | 1/6/2022 |
| 12/29/2021 | Hart, Nancy E. | 1.8 | | $2,241.00 | 1/6/2022 |
| 12/30/2021 | Hart, Nancy E. | 1.9 | | $2,365.50 | 1/6/2022 |
| 12/31/2021 | Hart, Nancy E. | 2.4 | | $2,988.00 | 1/6/2022 |
| 1/1/2022 | Hart, Nancy E. | 2.9 | | $3,915.00 | 2/3/2022 |
| 1/2/2022 | Hart, Nancy E. | 1.7 | | $2,295.00 | 2/3/2022 |
| 1/3/2022 | Hart, Nancy E. | 0.9 | | $1,215.00 | 2/3/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| 1/3/2022 | Siqueira, Alisha M. | 4.6 | | $4,692.00 | 2/3/2022 |
| 1/4/2022 | Hart, Nancy E. | 3.2 | | $4,320.00 | 2/3/2022 |
| 1/4/2022 | Siqueira, Alisha M. | 3.4 | | $3,468.00 | 2/3/2022 |
| 1/5/2022 | Hart, Nancy E. | 3.1 | | $4,185.00 | 2/3/2022 |
| 1/5/2022 | Siqueira, Alisha M. | 1.4 | | $1,428.00 | 2/3/2022 |
| 1/6/2022 | Hart, Nancy E. | 2.2 | | $2,970.00 | 2/3/2022 |
| 1/6/2022 | Siqueira, Alisha M. | 2.0 | | $2,040.00 | 2/3/2022 |
| 1/7/2022 | Hart, Nancy E. | 3.6 | | $4,860.00 | 2/3/2022 |
| 1/7/2022 | Siqueira, Alisha M. | 1.8 | | $1,836.00 | 2/3/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| 1/10/2022 | Hart, Nancy E. | 1.9 | ███████ | $2,565.00 | 2/3/2022 |
| 1/11/2022 | Siqueira, Alisha M. | 1.4 | ███████ | $1,428.00 | 2/3/2022 |
| 1/12/2022 | Hart, Nancy E. | 1.3 | ███████ | $1,755.00 | 2/3/2022 |
| 1/12/2022 | Siqueira, Alisha M. | 3.3 | ███████ | $3,366.00 | 2/3/2022 |
| 1/13/2022 | Hart, Nancy E. | 1.6 | ███████ | $2,160.00 | 2/3/2022 |
| 1/13/2022 | Siqueira, Alisha M. | 1.2 | ███████ | $1,224.00 | 2/3/2022 |
| 1/14/2022 | Hart, Nancy E. | 1.9 | ███████ | $2,565.00 | 2/3/2022 |
| 1/14/2022 | Siqueira, Alisha M. | 1.5 | ███████ | $1,530.00 | 2/3/2022 |
| 1/15/2022 | Hart, Nancy E. | 0.7 | ███████ | $945.00 | 2/3/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| 1/17/2022 | Hart, Nancy E. | 1.4 | | $1,890.00 | 2/3/2022 |
| 1/17/2022 | Siqueira, Alisha M. | 0.5 | | $510.00 | 2/3/2022 |
| 1/18/2022 | Hart, Nancy E. | 0.9 | | $1,215.00 | 2/3/2022 |
| 1/18/2022 | Siqueira, Alisha M. | 0.7 | | $714.00 | 2/3/2022 |
| 1/19/2022 | Hart, Nancy E. | 2.1 | | $2,835.00 | 2/3/2022 |
| 1/20/2022 | Hart, Nancy E. | 2.3 | | $3,105.00 | 2/3/2022 |
| 1/20/2022 | Siqueira, Alisha M. | 0.8 | | $816.00 | 2/3/2022 |
| 1/21/2022 | Hart, Nancy E. | 1.4 | | $1,890.00 | 2/3/2022 |
| 1/21/2022 | Siqueira, Alisha M. | 5.2 | | $5,304.00 | 2/3/2022 |
| 1/22/2022 | Hart, Nancy E. | 2.1 | | $2,835.00 | 2/3/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 1/23/2022 | Hart, Nancy E. | 2.4 | ███████ | $3,240.00 | 2/3/2022 |
| 1/23/2022 | Siqueira, Alisha M. | 1.6 | ███████ | $1,632.00 | 2/3/2022 |
| 1/24/2022 | Hart, Nancy E. | 3.4 | ███████ | $4,590.00 | 2/3/2022 |
| 1/26/2022 | Hart, Nancy E. | 2.8 | ███████ | $3,780.00 | 2/3/2022 |
| 1/27/2022 | Hart, Nancy E. | 2.1 | ███████ | $2,835.00 | 2/3/2022 |
| 1/28/2022 | Hart, Nancy E. | 0.8 | ███████ | $1,080.00 | 3/3/2022 |
| 1/31/2022 | Hart, Nancy E. | 2.3 | ███████ | $3,105.00 | 2/3/2022 |
| 1/31/2022 | Siqueira, Alisha M. | 1.1 | ███████ | $1,122.00 | 2/3/2022 |
| 2/1/2022 | Hart, Nancy E. | 3.6 | ███████ | $4,860.00 | 3/3/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| | | | ███████ | | |
| 2/1/2022 | Siqueira, Alisha M. | 0.1 | ███████ | $102.00 | 3/3/2022 |
| 2/2/2022 | Hart, Nancy E. | 0.5 | ███████ | $675.00 | 3/3/2022 |
| 2/2/2022 | Siqueira, Alisha M. | 1.3 | ███████ | $1,326.00 | 3/3/2022 |
| 2/3/2022 | Hart, Nancy E. | 1.9 | ███████ | $2,565.00 | 3/3/2022 |
| 2/3/2022 | Siqueira, Alisha M. | 3.0 | ███████ | $3,060.00 | 3/3/2022 |
| 2/4/2022 | Hart, Nancy E. | 3.6 | ███████ | $4,860.00 | 3/3/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 2/4/2022 | Siqueira, Alisha M. | 1.3 | | $1,326.00 | 3/3/2022 |
| 2/6/2022 | Siqueira, Alisha M. | 4.3 | | $4,386.00 | 3/3/2022 |
| 2/7/2022 | Hart, Nancy E. | 2.8 | | $3,780.00 | 3/3/2022 |
| 2/7/2022 | Siqueira, Alisha M. | 3.0 | | $3,060.00 | 3/3/2022 |
| 2/8/2022 | Hart, Nancy E. | 1.1 | | $1,485.00 | 3/3/2022 |
| 2/10/2022 | Hart, Nancy E. | 0.9 | | $1,215.00 | 3/3/2022 |
| 2/10/2022 | Siqueira, Alisha M. | 2.0 | | $2,040.00 | 3/3/2022 |
| 2/11/2022 | Hart, Nancy E. | 1.3 | | $1,755.00 | 3/3/2022 |
| 2/11/2022 | Meagher, Megan E. | 0.9 | | $918.00 | 3/3/2022 |
| 2/11/2022 | Siqueira, Alisha M. | 2.7 | | $2,754.00 | 3/3/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| 2/12/2022 | Hart, Nancy E. | 1.6 | | $2,160.00 | 3/3/2022 |
| 2/12/2022 | Siqueira, Alisha M. | 1.1 | | $1,122.00 | 3/3/2022 |
| 2/13/2022 | Meagher, Megan E. | 3.2 | | $3,264.00 | 3/3/2022 |
| 2/14/2022 | Hart, Nancy E. | 1.1 | | $1,485.00 | 3/3/2022 |
| 2/14/2022 | Meagher, Megan E. | 5.5 | | $5,610.00 | 3/3/2022 |
| 2/14/2022 | Siqueira, Alisha M. | 1.7 | | $1,734.00 | 3/3/2022 |
| 2/15/2022 | Hart, Nancy E. | 1.4 | | $1,890.00 | 3/3/2022 |
| 2/15/2022 | Meagher, Megan E. | 3.5 | | $3,570.00 | 3/3/2022 |
| 2/15/2022 | Siqueira, Alisha M. | 2.3 | | $2,346.00 | 3/3/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 2/16/2022 | Hart, Nancy E. | 1.8 | ███████ | $2,430.00 | 3/3/2022 |
| 2/16/2022 | Meagher, Megan E. | 2.1 | ███████ | $2,142.00 | 3/3/2022 |
| 2/16/2022 | Siqueira, Alisha M. | 1.4 | ███████ | $1,428.00 | 3/3/2022 |
| 2/17/2022 | Hart, Nancy E. | 1.6 | ███████ | $2,160.00 | 3/3/2022 |
| 2/17/2022 | Meagher, Megan E. | 5.7 | ███████ | $5,814.00 | 3/3/2022 |
| 2/17/2022 | Siqueira, Alisha M. | 0.9 | ███████ | $918.00 | 3/3/2022 |
| 2/18/2022 | Hart, Nancy E. | 2.5 | ███████ | $3,375.00 | 3/3/2022 |
| 2/18/2022 | Meagher, Megan E. | 2.2 | ███████ | $2,244.00 | 3/3/2022 |
| 2/18/2022 | Siqueira, Alisha M. | 2.1 | ███████ | $2,142.00 | 3/3/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 2/19/2022 | Hart, Nancy E. | 0.8 | | $1,080.00 | 3/3/2022 |
| 2/19/2022 | Meagher, Megan E. | 8.0 | | $8,160.00 | 3/3/2022 |
| 2/20/2022 | Hart, Nancy E. | 0.9 | | $1,215.00 | 3/3/2022 |
| 2/20/2022 | Meagher, Megan E. | 4.3 | | $4,386.00 | 3/3/2022 |
| 2/20/2022 | Siqueira, Alisha M. | 1.3 | | $1,326.00 | 3/3/2022 |
| 2/21/2022 | Meagher, Megan E. | 5.2 | | $5,304.00 | 3/3/2022 |
| 2/21/2022 | Siqueira, Alisha M. | 2.8 | | $2,856.00 | 3/3/2022 |
| 2/22/2022 | Hart, Nancy E. | 1.8 | | $2,430.00 | 3/3/2022 |
| 2/22/2022 | Meagher, Megan E. | 7.2 | | $7,344.00 | 3/3/2022 |
| 2/22/2022 | Siqueira, Alisha M. | 2.4 | | $2,448.00 | 3/3/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 2/22/2022 | Wade, Peter M. | 5.5 | ███████ | $6,132.50 | 3/3/2022 |
| 2/23/2022 | Hart, Nancy E. | 0.4 | ███████ | $540.00 | 3/3/2022 |
| 2/23/2022 | Meagher, Megan E. | 5.7 | ███████ | $5,814.00 | 3/3/2022 |
| 2/23/2022 | Siqueira, Alisha M. | 4.1 | ███████ | $4,182.00 | 3/3/2022 |
| 2/23/2022 | Wade, Peter M. | 1.2 | ███████ | $1,338.00 | 3/3/2022 |
| 2/24/2022 | Hart, Nancy E. | 1.2 | ███████ | $1,620.00 | 3/3/2022 |
| 2/24/2022 | Meagher, Megan E. | 0.1 | ███████ | $102.00 | 3/3/2022 |
| 2/24/2022 | Siqueira, Alisha M. | 1.9 | ███████ | $1,938.00 | 3/3/2022 |
| 2/24/2022 | Wade, Peter M. | 7.1 | ███████ | $7,916.50 | 3/3/2022 |
| 2/25/2022 | Hart, Nancy E. | 0.8 | ███████ | $1,080.00 | 3/3/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| | | | | | |
| 2/25/2022 | Siqueira, Alisha M. | 1.8 | █████████ | $1,836.00 | 3/3/2022 |
| 2/25/2022 | Wade, Peter M. | 3.8 | █████████ | $4,237.00 | 3/3/2022 |
| 2/28/2022 | Wade, Peter M. | 6.3 | █████████ | $7,024.50 | 3/3/2022 |
| 3/1/2022 | Siqueira, Alisha M. | 0.7 | █████████ | $714.00 | 4/5/2022 |
| 3/1/2022 | Wade, Peter M. | 3.7 | █████████ | $4,125.50 | 4/5/2022 |
| 3/2/2022 | Hart, Nancy E. | 0.9 | █████████ | $1,215.00 | 4/5/2022 |
| 3/2/2022 | Wade, Peter M. | 4.9 | █████████ | $5,463.50 | 4/5/2022 |
| 3/3/2022 | Hart, Nancy E. | 0.8 | █████████ | $1,080.00 | 4/5/2022 |
| 3/3/2022 | Siqueira, Alisha M. | 5.3 | █████████ | $5,406.00 | 4/5/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 3/3/2022 | Wade, Peter M. | 7.9 | | $8,808.50 | 4/5/2022 |
| 3/4/2022 | Hart, Nancy E. | 0.9 | | $1,215.00 | 4/5/2022 |
| 3/4/2022 | Siqueira, Alisha M. | 3.4 | | $3,468.00 | 4/5/2022 |
| 3/4/2022 | Wade, Peter M. | 1.2 | | $1,338.00 | 4/5/2022 |
| 3/5/2022 | Hart, Nancy E. | 0.8 | | $1,080.00 | 4/5/2022 |
| 3/5/2022 | Siqueira, Alisha M. | 0.4 | | $408.00 | 4/5/2022 |
| 3/5/2022 | Wade, Peter M. | 0.9 | | $1,003.50 | 4/5/2022 |
| 3/6/2022 | Siqueira, Alisha M. | 1.1 | | $1,122.00 | 4/5/2022 |
| 3/7/2022 | Hart, Nancy E. | 1.7 | | $2,295.00 | 4/5/2022 |
| 3/7/2022 | Meagher, Megan E. | 4.0 | | $4,080.00 | 4/5/2022 |
| 3/7/2022 | Siqueira, Alisha M. | 8.8 | | $8,976.00 | 4/5/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| 3/7/2022 | Wade, Peter M. | 9.5 | | $10,592.50 | 4/5/2022 |
| 3/8/2022 | Meagher, Megan E. | 2.2 | | $2,244.00 | 4/5/2022 |
| 3/8/2022 | Siqueira, Alisha M. | 1.4 | | $1,428.00 | 4/5/2022 |
| 3/8/2022 | Wade, Peter M. | 4.8 | | $5,352.00 | 4/5/2022 |
| 3/9/2022 | Hart, Nancy E. | 1.2 | | $1,620.00 | 4/5/2022 |
| 3/9/2022 | Siqueira, Alisha M. | 8.7 | | $8,874.00 | 4/5/2022 |
| 3/9/2022 | Wade, Peter M. | 2.9 | | $3,233.50 | 4/5/2022 |
| 3/10/2022 | Hart, Nancy E. | 0.9 | | $1,215.00 | 4/5/2022 |
| 3/10/2022 | Siqueira, Alisha M. | 3.3 | | $3,366.00 | 4/5/2022 |
| 3/10/2022 | Wade, Peter M. | 7.4 | | $8,251.00 | 4/5/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| | | | | | |
| 3/11/2022 | Hart, Nancy E. | 1.2 | | $1,620.00 | 4/5/2022 |
| 3/11/2022 | Siqueira, Alisha M. | 1.2 | | $1,224.00 | 4/5/2022 |
| 3/11/2022 | Wade, Peter M. | 3.1 | | $3,456.50 | 4/5/2022 |
| 3/14/2022 | Hart, Nancy E. | 1.6 | | $2,160.00 | 4/5/2022 |
| 3/14/2022 | Siqueira, Alisha M. | 1.0 | | $1,020.00 | 4/5/2022 |
| 3/14/2022 | Wade, Peter M. | 4.9 | | $5,463.50 | 4/5/2022 |
| 3/15/2022 | Hart, Nancy E. | 1.7 | | $2,295.00 | 4/5/2022 |
| 3/15/2022 | Meagher, Megan E. | 1.2 | | $1,224.00 | 4/5/2022 |
| 3/15/2022 | Siqueira, Alisha M. | 1.4 | | $1,428.00 | 4/5/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 3/15/2022 | Wade, Peter M. | 11.5 | █████████████ | $12,822.50 | 4/5/2022 |
| 3/16/2022 | Hart, Nancy E. | 1.9 | █████████████ | $2,565.00 | 4/5/2022 |
| 3/16/2022 | Meagher, Megan E. | 0.9 | █████████████ | $918.00 | 4/5/2022 |
| 3/16/2022 | Siqueira, Alisha M. | 0.9 | █████████████ | $918.00 | 4/5/2022 |
| 3/16/2022 | Wade, Peter M. | 4.0 | █████████████ | $4,460.00 | 4/5/2022 |
| 3/17/2022 | Hart, Nancy E. | 0.9 | █████████████ | $1,215.00 | 4/5/2022 |
| 3/17/2022 | Siqueira, Alisha M. | 0.4 | █████████████ | $408.00 | 4/5/2022 |
| 3/17/2022 | Wade, Peter M. | 7.7 | █████████████ | $8,585.50 | 4/5/2022 |
| 3/18/2022 | Hart, Nancy E. | 0.4 | █████████████ | $540.00 | 4/5/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| 3/18/2022 | Meagher, Megan E. | 3.5 | | $3,570.00 | 4/5/2022 |
| 3/18/2022 | Siqueira, Alisha M. | 2.1 | | $2,142.00 | 4/5/2022 |
| 3/18/2022 | Wade, Peter M. | 4.5 | | $5,017.50 | 4/5/2022 |
| 3/19/2022 | Hart, Nancy E. | 0.4 | | $540.00 | 4/5/2022 |
| 3/19/2022 | Wade, Peter M. | 1.4 | | $1,561.00 | 4/5/2022 |
| 3/20/2022 | Wade, Peter M. | 2.3 | | $2,564.50 | 4/5/2022 |
| 3/21/2022 | Hart, Nancy E. | 0.9 | | $1,215.00 | 4/5/2022 |
| 3/21/2022 | Siqueira, Alisha M. | 2.0 | | $2,040.00 | 4/5/2022 |
| 3/21/2022 | Wade, Peter M. | 9.4 | | $10,481.00 | 4/5/2022 |
| 3/22/2022 | Hart, Nancy E. | 0.5 | | $675.00 | 4/5/2022 |
| 3/22/2022 | Meagher, Megan E. | 2.8 | | $2,856.00 | 4/5/2022 |
| 3/22/2022 | Wade, Peter M. | 1.7 | | $1,895.50 | 4/5/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| | | | | | |
| 3/24/2022 | Hart, Nancy E. | 0.9 | | $1,215.00 | 4/5/2022 |
| 3/24/2022 | Wade, Peter M. | 4.4 | | $4,906.00 | 4/5/2022 |
| 3/25/2022 | Hart, Nancy E. | 1.1 | | $1,485.00 | 4/5/2022 |
| 3/25/2022 | Meagher, Megan E. | 1.1 | | $1,122.00 | 4/5/2022 |
| 3/25/2022 | Wade, Peter M. | 1.8 | | $2,007.00 | 4/5/2022 |
| 3/26/2022 | Hart, Nancy E. | 0.5 | | $675.00 | 4/5/2022 |
| 3/26/2022 | Wade, Peter M. | 2.6 | | $2,899.00 | 4/5/2022 |
| 3/27/2022 | Meagher, Megan E. | 1.3 | | $1,326.00 | 4/5/2022 |
| 3/28/2022 | Hart, Nancy E. | 1.2 | | $1,620.00 | 4/5/2022 |
| 3/28/2022 | Meagher, Megan E. | 3.5 | | $3,570.00 | 4/5/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| | | | █████████████ | | |
| 3/28/2022 | Siqueira, Alisha M. | 1.1 | █████████████ | $1,122.00 | 4/5/2022 |
| 3/28/2022 | Wade, Peter M. | 6.0 | █████████████ | $6,690.00 | 4/5/2022 |
| 3/29/2022 | Hart, Nancy E. | 0.2 | █████████████ | $270.00 | 4/5/2022 |
| 3/29/2022 | Meagher, Megan E. | 1.2 | █████████████ | $1,224.00 | 4/5/2022 |
| 3/29/2022 | Siqueira, Alisha M. | 2.2 | █████████████ | $2,244.00 | 4/5/2022 |
| 3/29/2022 | Wade, Peter M. | 0.8 | █████████████ | $892.00 | 4/5/2022 |
| 3/30/2022 | Siqueira, Alisha M. | 0.8 | █████████████ | $816.00 | 4/5/2022 |
| 3/30/2022 | Wade, Peter M. | 3.3 | █████████████ | $3,679.50 | 4/5/2022 |
| 3/31/2022 | Hart, Nancy E. | 0.9 | █████████████ | $1,215.00 | 4/5/2022 |
| 4/1/2022 | Meagher, Megan E. | 1.5 | █████████████ | $1,530.00 | 5/4/2022 |
| 4/4/2022 | Meagher, Megan E. | 1.5 | █████████████ | $1,530.00 | 5/4/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| | | | | | |
| 4/5/2022 | Hart, Nancy E. | 0.8 | █████████ | $1,080.00 | 5/4/2022 |
| 4/5/2022 | Meagher, Megan E. | 0.2 | █████████ | $204.00 | 5/4/2022 |
| 4/5/2022 | Wade, Peter M. | 0.3 | █████████ | $334.50 | 5/4/2022 |
| 4/6/2022 | Meagher, Megan E. | 4.1 | █████████ | $4,182.00 | 5/4/2022 |
| 4/7/2022 | Meagher, Megan E. | 6.8 | █████████ | $6,936.00 | 5/4/2022 |
| 4/8/2022 | Hart, Nancy E. | 0.6 | █████████ | $810.00 | 5/4/2022 |
| 4/8/2022 | Meagher, Megan E. | 0.4 | █████████ | $408.00 | 5/4/2022 |
| 4/8/2022 | Wade, Peter M. | 1.2 | █████████ | $1,338.00 | 5/4/2022 |
| 4/12/2022 | Wade, Peter M. | 1.3 | █████████ | $1,449.50 | 5/4/2022 |
| 4/13/2022 | Hart, Nancy E. | 0.9 | █████████ | $1,215.00 | 5/4/2022 |
| 5/26/2022 | Hart, Nancy E. | 0.4 | █████████ | $540.00 | 6/3/2022 |
| 5/26/2022 | Wade, Peter M. | 0.7 | █████████ | $780.50 | 6/3/2022 |
| 5/27/2022 | Hart, Nancy E. | 0.2 | █████████ | $270.00 | 6/3/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| 6/1/2022 | Hart, Nancy E. | 1.2 | | $1,620.00 | 7/6/2022 |
| 6/1/2022 | Wade, Peter M. | 0.5 | | $557.50 | 7/6/2022 |
| 6/2/2022 | Hart, Nancy E. | 0.5 | | $675.00 | 7/6/2022 |
| 6/10/2022 | Hart, Nancy E. | 0.6 | | $810.00 | 7/6/2022 |
| 6/10/2022 | Wade, Peter M. | 0.6 | | $669.00 | 7/6/2022 |
| 6/15/2022 | Hart, Nancy E. | 0.9 | | $1,215.00 | 7/6/2022 |
| 6/15/2022 | Wade, Peter M. | 1.1 | | $1,226.50 | 7/6/2022 |
| 6/22/2022 | Hart, Nancy E. | 0.3 | | $405.00 | 7/6/2022 |
| 6/28/2022 | Hart, Nancy E. | 0.3 | | $405.00 | 7/6/2022 |
| 6/30/2022 | Hart, Nancy E. | 0.4 | | $540.00 | 7/6/2022 |
| 6/30/2022 | Wade, Peter M. | 0.4 | | $446.00 | 7/6/2022 |
| 7/1/2022 | Hart, Nancy E. | 0.3 | | $405.00 | 8/4/2022 |
| 7/5/2022 | Hart, Nancy E. | 1.3 | | $1,755.00 | 8/4/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 7/11/2022 | Hart, Nancy E. | 1.5 | | $2,025.00 | 8/4/2022 |
| 7/12/2022 | Hart, Nancy E. | 0.2 | | $270.00 | 8/4/2022 |
| 7/26/2022 | Hart, Nancy E. | 0.9 | | $1,215.00 | 8/4/2022 |
| 7/26/2022 | Meagher, Megan E. | 0.2 | | $204.00 | 8/4/2022 |
| 7/29/2022 | Meagher, Megan E. | 1.3 | | $1,326.00 | 8/4/2022 |
| 8/1/2022 | Hart, Nancy E. | 0.5 | | $675.00 | 9/2/2022 |
| 8/1/2022 | Meagher, Megan E. | 5.4 | | $5,508.00 | 9/2/2022 |
| 8/2/2022 | Hart, Nancy E. | 0.6 | | $810.00 | 9/2/2022 |
| 8/2/2022 | Meagher, Megan E. | 6.5 | | $6,630.00 | 9/2/2022 |
| 8/2/2022 | Wade, Peter M. | 1.1 | | $1,226.50 | 9/2/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 8/3/2022 | Meagher, Megan E. | 3.4 | ██████████ | $3,468.00 | 9/2/2022 |
| 8/4/2022 | Hart, Nancy E. | 1.5 | ██████████ | $2,025.00 | 9/2/2022 |
| 8/5/2022 | Meagher, Megan E. | 0.3 | ██████████ | $306.00 | 9/2/2022 |
| 8/5/2022 | Wade, Peter M. | 1.3 | ██████████ | $1,449.50 | 9/2/2022 |
| 8/7/2022 | Meagher, Megan E. | 3.5 | ██████████ | $3,570.00 | 9/2/2022 |
| 8/8/2022 | Meagher, Megan E. | 4.2 | ██████████ | $4,284.00 | 9/2/2022 |
| 8/8/2022 | Wade, Peter M. | 1.8 | ██████████ | $2,007.00 | 9/2/2022 |
| 8/9/2022 | Meagher, Megan E. | 2.8 | ██████████ | $2,856.00 | 9/2/2022 |
| 8/10/2022 | Hart, Nancy E. | 0.9 | ██████████ | $1,215.00 | 9/2/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 8/10/2022 | Meagher, Megan E. | 2.5 | ███████████████ | $2,550.00 | 9/2/2022 |
| 8/10/2022 | Wade, Peter M. | 0.8 | ███████████████ | $892.00 | 9/2/2022 |
| 8/11/2022 | Meagher, Megan E. | 4.8 | ███████████████ | $4,896.00 | 9/2/2022 |
| 8/12/2022 | Hart, Nancy E. | 0.2 | ███████████████ | $270.00 | 9/2/2022 |
| 8/12/2022 | Meagher, Megan E. | 4.7 | ███████████████ | $4,794.00 | 9/2/2022 |
| 8/15/2022 | Meagher, Megan E. | 0.1 | ███████████████ | $102.00 | 9/2/2022 |
| 8/15/2022 | Wade, Peter M. | 1.9 | ███████████████ | $2,118.50 | 9/2/2022 |
| 8/17/2022 | Hart, Nancy E. | 0.7 | ███████████████ | $945.00 | 9/2/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 8/17/2022 | Wade, Peter M. | 0.9 | | $1,003.50 | 9/2/2022 |
| 8/18/2022 | Hart, Nancy E. | 0.8 | | $1,080.00 | 9/2/2022 |
| 8/18/2022 | Wade, Peter M. | 0.8 | | $892.00 | 9/2/2022 |
| 8/22/2022 | Hart, Nancy E. | 0.8 | | $1,080.00 | 9/2/2022 |
| 8/23/2022 | Hart, Nancy E. | 2.1 | | $2,835.00 | 9/2/2022 |
| 8/23/2022 | Meagher, Megan E. | 0.9 | | $918.00 | 9/2/2022 |
| 8/24/2022 | Hart, Nancy E. | 2.1 | | $2,835.00 | 9/2/2022 |
| 8/24/2022 | Meagher, Megan E. | 0.2 | | $204.00 | 9/2/2022 |
| 8/24/2022 | Wade, Peter M. | 2.0 | | $2,230.00 | 9/2/2022 |
| 8/25/2022 | Hart, Nancy E. | 0.8 | | $1,080.00 | 9/2/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| | | | | | |
| 8/25/2022 | Meagher, Megan E. | 6.0 | | $6,120.00 | 9/2/2022 |
| 8/25/2022 | Wade, Peter M. | 3.8 | | $4,237.00 | 9/2/2022 |
| 8/26/2022 | Hart, Nancy E. | 0.9 | | $1,215.00 | 9/2/2022 |
| 8/26/2022 | Meagher, Megan E. | 1.2 | | $1,224.00 | 9/2/2022 |
| 8/26/2022 | Wade, Peter M. | 0.9 | | $1,003.50 | 9/2/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| 8/29/2022 | Hart, Nancy E. | 1.2 | ███████ | $1,620.00 | 9/2/2022 |
| 8/29/2022 | Meagher, Megan E. | 1.0 | ███████ | $1,020.00 | 9/2/2022 |
| 8/29/2022 | Wade, Peter M. | 0.9 | ███████ | $1,003.50 | 9/2/2022 |
| 8/30/2022 | Hart, Nancy E. | 0.9 | ███████ | $1,215.00 | 9/2/2022 |
| 8/31/2022 | Hart, Nancy E. | 1.2 | ███████ | $1,620.00 | 9/2/2022 |
| 8/31/2022 | Wade, Peter M. | 2.0 | ███████ | $2,230.00 | 9/2/2022 |
| 9/1/2022 | Hart, Nancy E. | 1.4 | ███████ | $1,890.00 | 10/5/2022 |
| 9/1/2022 | Wade, Peter M. | 1.1 | ███████ | $1,226.50 | 10/5/2022 |
| 9/2/2022 | Wade, Peter M. | 0.5 | ███████ | $557.50 | 10/5/2022 |
| 9/6/2022 | Wade, Peter M. | 4.7 | ███████ | $5,240.50 | 10/5/2022 |
| 9/7/2022 | Hart, Nancy E. | 2.5 | ███████ | $3,375.00 | 10/5/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
|  |  |  | █████████████████████ |  |  |
| 9/7/2022 | Wade, Peter M. | 5.8 | █████████████████████ | $6,467.00 | 10/5/2022 |
| 9/8/2022 | Hart, Nancy E. | 3.8 | █████████████████████ | $5,130.00 | 10/5/2022 |
| 9/8/2022 | Wade, Peter M. | 2.4 | █████████████████████ | $2,676.00 | 10/5/2022 |
| 9/9/2022 | Hart, Nancy E. | 2.2 | █████████████████████ | $2,970.00 | 10/5/2022 |
| 9/9/2022 | Wade, Peter M. | 1.3 | █████████████████████ | $1,449.50 | 10/5/2022 |
| 9/23/2022 | Wade, Peter M. | 1.9 | █████████████████████ | $2,118.50 | 10/5/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 9/24/2022 | Hart, Nancy E. | 1.8 | | $2,430.00 | 10/5/2022 |
| 9/24/2022 | Wade, Peter M. | 1.8 | | $2,007.00 | 10/5/2022 |
| 9/26/2022 | Meagher, Megan E. | 1.2 | | $1,224.00 | 10/5/2022 |
| 9/26/2022 | Wade, Peter M. | 5.6 | | $6,244.00 | 10/5/2022 |
| 10/8/2022 | Meagher, Megan E. | 2.4 | | $4,896.00 | 11/2/2022 |
| 10/9/2022 | Meagher, Megan E. | 2.9 | | $2,958.00 | 11/2/2022 |
| 10/24/2022 | Meagher, Megan E. | 0.2 | | $204.00 | 11/2/2022 |
| 10/25/2022 | Meagher, Megan E. | 2.4 | | $2,448.00 | 11/2/2022 |
| 10/27/2022 | Hart, Nancy E. | 0.9 | | $1,215.00 | 11/2/2022 |
| 10/30/2022 | Wade, Peter M. | 0.8 | | $892.00 | 11/2/2022 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 11/1/2022 | Wade, Peter M. | 4.9 | | $5,463.50 | 12/2/2022 |
| 11/2/2022 | Wade, Peter M. | 3.2 | | $3,568.00 | 12/2/2022 |
| 11/3/2022 | Wade, Peter M. | 1.4 | | $1,561.00 | 12/2/2022 |
| 11/4/2022 | Wade, Peter M. | 1.0 | | $1,115.00 | 12/2/2022 |
| 11/8/2022 | Hart, Nancy E. | 2.4 | | $3,240.00 | 12/2/2022 |
| 11/9/2022 | Meagher, Megan E. | 2.4 | | $2,448.00 | 12/2/2022 |
| 11/9/2022 | Wade, Peter M. | 3.8 | | $4,237.00 | 12/2/2022 |
| 11/10/2022 | Meagher, Megan E. | 2.9 | | $2,958.00 | 12/2/2022 |
| 11/10/2022 | Wade, Peter M. | 1.9 | | $2,118.50 | 12/2/2022 |
| 11/11/2022 | Wade, Peter M. | 1.5 | | $1,672.50 | 12/2/2022 |
| 11/12/2022 | Meagher, Megan E. | 4.6 | | $4,692.00 | 12/2/2022 |
| 11/13/2022 | Wade, Peter M. | 1.7 | | $1,895.50 | 12/2/2022 |
| 11/14/2022 | Wade, Peter M. | 1.5 | | $1,672.50 | 12/2/2022 |
| 11/28/2022 | Hart, Nancy E. | 0.3 | | $405.00 | 12/2/2022 |
| 5/28/2023 | Hart, Nancy E. | 1.0 | | $1,535.00 | 6/5/2023 |
| 5/28/2023 | Wade, Peter M. | 2.1 | | $2,761.50 | 6/5/2023 |
| 5/30/2023 | Hart, Nancy E. | 1.1 | | $1,688.50 | 6/5/2023 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| | | | | | |
| 5/30/2023 | Meagher, Megan E. | 5.3 | | $6,121.50 | 6/5/2023 |
| 5/30/2023 | Wade, Peter M. | 1.0 | | $1,315.00 | 6/5/2023 |
| 5/31/2023 | Hart, Nancy E. | 2.7 | | $4,144.50 | 6/5/2023 |
| 5/31/2023 | Wade, Peter M. | 3.7 | | $4,865.50 | 6/5/2023 |
| 6/1/2023 | Hart, Nancy E. | 2.9 | | $4,451.50 | 7/7/2023 |
| 6/1/2023 | Wade, Peter M. | 0.5 | | $657.50 | 7/7/2023 |
| 6/8/2023 | Meagher, Megan E. | 0.6 | | $693.00 | 7/7/2023 |
| 6/8/2023 | Wade, Peter M. | 0.6 | | $789.00 | 7/7/2023 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| 6/19/2023 | Meagher, Megan E. | 2.9 | ███████ | $3,349.50 | 7/7/2023 |
| 6/20/2023 | Meagher, Megan E. | 3.7 | ███████ | $4,273.50 | 7/7/2023 |
| 6/21/2023 | Meagher, Megan E. | 0.2 | ███████ | $231.00 | 7/7/2023 |
| 6/21/2023 | Wade, Peter M. | 3.8 | ███████ | $4,997.00 | 7/7/2023 |
| 6/22/2023 | Hart, Nancy E. | 1.5 | ███████ | $2,302.50 | 7/7/2023 |
| 6/22/2023 | Meagher, Megan E. | 2.8 | ███████ | $3,234.00 | 7/7/2023 |
| 6/22/2023 | Wade, Peter M. | 6.4 | ███████ | $8,416.00 | 7/7/2023 |
| 6/23/2023 | Hart, Nancy E. | 0.3 | ███████ | $460.50 | 7/7/2023 |
| 6/23/2023 | Meagher, Megan E. | 2.6 | ███████ | $3,003.00 | 7/7/2023 |
| 6/23/2023 | Wade, Peter M. | 1.5 | ███████ | $1,972.50 | 7/7/2023 |
| 7/24/2023 | Wade, Peter M. | 1.8 | ███████ | $2,367.00 | 8/4/2023 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| 7/25/2023 | Wade, Peter M. | 1.5 | | $1,972.50 | 8/4/2023 |
| 7/26/2023 | Meagher, Megan E. | 0.4 | | $462.00 | 8/4/2023 |
| 7/28/2023 | Hart, Nancy E. | 0.4 | | $614.00 | 8/4/2023 |
| 7/31/2023 | Meagher, Megan E. | 4.5 | | $5,197.50 | 8/4/2023 |
| 8/3/2023 | Meagher, Megan E. | 0.6 | | $693.00 | 9/5/2023 |
| 8/7/2023 | Meagher, Megan E. | 0.4 | | $462.00 | 9/5/2023 |
| 8/8/2023 | Meagher, Megan E. | 1.3 | | $1,501.50 | 9/5/2023 |
| 8/8/2023 | Wade, Peter M. | 0.8 | | $1,052.00 | 9/5/2023 |
| 8/9/2023 | Meagher, Megan E. | 4.8 | | $5,544.00 | 9/5/2023 |
| 8/10/2023 | Meagher, Megan E. | 3.5 | | $4,042.50 | 9/5/2023 |
| 8/10/2023 | Wade, Peter M. | 1.7 | | $2,235.50 | 9/5/2023 |
| 8/11/2023 | Meagher, Megan E. | 0.5 | | $577.50 | 9/5/2023 |
| 8/14/2023 | Meagher, Megan E. | 1.9 | | $2,194.50 | 9/5/2023 |
| 8/15/2023 | Meagher, Megan E. | 1.0 | | $1,155.00 | 9/5/2023 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 8/16/2023 | Meagher, Megan E. | 3.1 | | $3,580.50 | 9/5/2023 |
| 8/17/2023 | Meagher, Megan E. | 2.7 | | $3,118.50 | 9/5/2023 |
| 8/19/2023 | Meagher, Megan E. | 4.6 | | $5,313.00 | 9/5/2023 |
| 8/20/2023 | Meagher, Megan E. | 7.2 | | $8,316.00 | 9/5/2023 |
| 8/21/2023 | Meagher, Megan E. | 6.5 | | $7,507.50 | 9/5/2023 |
| 8/22/2023 | Hart, Nancy E. | 1.0 | | $1,535.00 | 9/5/2023 |
| 8/22/2023 | Meagher, Megan E. | 3.2 | | $3,696.00 | 9/5/2023 |
| 8/22/2023 | Wade, Peter M. | 6.1 | | $8,021.50 | 9/5/2023 |
| 8/23/2023 | Wade, Peter M. | 10.8 | | $14,202.00 | 9/5/2023 |
| 8/24/2023 | Meagher, Megan E. | 1.6 | | $1,848.00 | 9/5/2023 |
| 8/24/2023 | Wade, Peter M. | 5.3 | | $6,969.50 | 9/5/2023 |
| 8/25/2023 | Meagher, Megan E. | 0.8 | | $924.00 | 9/5/2023 |
| 8/25/2023 | Wade, Peter M. | 1.1 | | $1,446.50 | 9/5/2023 |
| 8/29/2023 | Meagher, Megan E. | 0.7 | | $808.50 | 9/5/2023 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| 8/30/2023 | Meagher, Megan E. | 2.0 | █████████ | $2,310.00 | 9/5/2023 |
| 8/31/2023 | Meagher, Megan E. | 6.0 | █████████ | $6,930.00 | 9/5/2023 |
| 9/1/2023 | Meagher, Megan E. | 2.5 | █████████ | $2,887.50 | 10/3/2023 |
| 9/2/2023 | Wade, Peter M. | 9.5 | █████████ | $12,492.50 | 10/3/2023 |
| 9/3/2023 | Wade, Peter M. | 3.4 | █████████ | $4,471.00 | 10/3/2023 |
| 9/4/2023 | Meagher, Megan E. | 6.4 | █████████ | $7,392.00 | 10/3/2023 |
| 9/4/2023 | Wade, Peter M. | 4.5 | █████████ | $5,917.50 | 10/3/2023 |
| 9/5/2023 | Hart, Nancy E. | 2.3 | █████████ | $3,530.50 | 10/3/2023 |
| 9/5/2023 | Wade, Peter M. | 0.7 | █████████ | $920.50 | 10/3/2023 |
| 9/6/2023 | Hart, Nancy E. | 2.3 | █████████ | $3,530.50 | 10/3/2023 |
| 9/6/2023 | Wade, Peter M. | 2.1 | █████████ | $2,761.50 | 10/3/2023 |
| 9/9/2023 | Hart, Nancy E. | 0.5 | █████████ | $767.50 | 10/3/2023 |
| 9/9/2023 | Wade, Peter M. | 1.2 | █████████ | $1,578.00 | 10/3/2023 |
| 9/11/2023 | Wade, Peter M. | 2.2 | █████████ | $2,893.00 | 10/3/2023 |
| 9/12/2023 | Meagher, Megan E. | 1.3 | █████████ | $1,501.50 | 10/3/2023 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| 9/13/2023 | Meagher, Megan E. | 2.8 | | $3,234.00 | 10/3/2023 |
| 9/13/2023 | Wade, Peter M. | 1.3 | | $1,709.50 | 10/3/2023 |
| 9/14/2023 | Meagher, Megan E. | 4.6 | | $5,313.00 | 10/3/2023 |
| 9/14/2023 | Wade, Peter M. | 0.6 | | $789.00 | 10/3/2023 |
| 9/15/2023 | Meagher, Megan E. | 2.0 | | $2,310.00 | 10/3/2023 |
| 9/16/2023 | Meagher, Megan E. | 10.0 | | $11,550.00 | 10/3/2023 |
| 9/16/2023 | Wade, Peter M. | 0.4 | | $526.00 | 10/3/2023 |
| 9/17/2023 | Meagher, Megan E. | 9.1 | | $10,510.50 | 10/3/2023 |
| 9/17/2023 | Wade, Peter M. | 2.9 | | $3,813.50 | 10/3/2023 |
| 9/18/2023 | Meagher, Megan E. | 0.6 | | $693.00 | 10/3/2023 |
| 9/20/2023 | Meagher, Megan E. | 0.1 | | $115.50 | 10/3/2023 |
| 9/22/2023 | Wade, Peter M. | 2.5 | | $3,287.50 | 10/3/2023 |
| 9/25/2023 | Meagher, Megan E. | 3.5 | | $4,042.50 | 10/3/2023 |
| 9/26/2023 | Meagher, Megan E. | 4.0 | | $4,620.00 | 10/3/2023 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 9/27/2023 | Meagher, Megan E. | 0.9 | | $1,039.50 | 10/3/2023 |
| 9/28/2023 | Meagher, Megan E. | 0.8 | | $924.00 | 10/3/2023 |
| 9/28/2023 | Wade, Peter M. | 1.9 | | $2,498.50 | 10/3/2023 |
| 9/29/2023 | Meagher, Megan E. | 0.1 | | $115.50 | 10/3/2023 |
| 9/29/2023 | Wade, Peter M. | 3.1 | | $4,076.50 | 10/3/2023 |
| 10/6/2023 | Wade, Peter M. | 0.7 | | $920.50 | 11/2/2023 |
| 10/9/2023 | Wade, Peter M. | 1.8 | | $2,367.00 | 11/2/2023 |
| 10/10/2023 | Hart, Nancy E. | 1.3 | | $1,995.50 | 11/2/2023 |
| 10/10/2023 | Wade, Peter M. | 1.9 | | $2,498.50 | 11/2/2023 |
| 10/13/2023 | Hart, Nancy E. | 0.6 | | $921.00 | 11/2/2023 |
| 11/30/2023 | Wade, Peter M. | 1.0 | | $1,315.00 | 12/4/2023 |
| 12/7/2023 | Meagher, Megan E. | 1.0 | | $1,155.00 | 1/3/2024 |
| 12/7/2023 | Wade, Peter M. | 0.2 | | $263.00 | 1/3/2024 |
| 12/8/2023 | Meagher, Megan E. | 0.9 | | $1,039.50 | 1/3/2024 |
| 12/8/2023 | Wade, Peter M. | 0.8 | | $1,052.00 | 1/3/2024 |
| 12/10/2023 | Meagher, Megan E. | 1.0 | | $1,155.00 | 1/3/2024 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 3/6/2024 | Meagher, Megan E. | 0.3 | █ | $378.00 | 4/2/2024 |
| 3/7/2024 | Meagher, Megan E. | 1.5 | █ | $1,890.00 | 4/2/2024 |
| 3/8/2024 | Meagher, Megan E. | 1.4 | █ | $1,764.00 | 4/2/2024 |
| 3/8/2024 | Wade, Peter M. | 0.7 | █ | $1,004.50 | 4/2/2024 |
| 3/11/2024 | Meagher, Megan E. | 3.0 | █ | $3,780.00 | 4/2/2024 |
| 3/12/2024 | Meagher, Megan E. | 3.7 | █ | $4,662.00 | 4/2/2024 |
| 3/12/2024 | Wade, Peter M. | 1.8 | █ | $2,583.00 | 4/2/2024 |
| 3/13/2024 | Meagher, Megan E. | 2.0 | █ | $2,520.00 | 4/2/2024 |
| 3/14/2024 | Hart, Nancy E. | 1.9 | █ | $3,182.50 | 4/2/2024 |
| 3/14/2024 | Meagher, Megan E. | 0.6 | █ | $756.00 | 4/2/2024 |
| 3/14/2024 | Wade, Peter M. | 0.5 | █ | $717.50 | 4/2/2024 |
| 3/15/2024 | Hart, Nancy E. | 0.3 | █ | $502.50 | 4/2/2024 |
| 3/15/2024 | Wade, Peter M. | 0.2 | █ | $287.00 | 4/2/2024 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 3/16/2024 | Hart, Nancy E. | 0.5 | ████ | $837.50 | 4/2/2024 |
| 3/16/2024 | Meagher, Megan E. | 0.2 | ████ | $252.00 | 4/2/2024 |
| 3/18/2024 | Hart, Nancy E. | 1.1 | ████ | $1,842.50 | 4/2/2024 |
| 3/18/2024 | Meagher, Megan E. | 5.8 | ████ | $7,308.00 | 4/2/2024 |
| 3/18/2024 | Wade, Peter M. | 0.9 | ████ | $1,291.50 | 4/2/2024 |
| 3/19/2024 | Meagher, Megan E. | 2.7 | ████ | $3,402.00 | 4/2/2024 |
| 3/19/2024 | Wade, Peter M. | 2.1 | ████ | $3,013.50 | 4/2/2024 |
| 3/20/2024 | Hart, Nancy E. | 0.3 | ████ | $502.50 | 4/2/2024 |
| 3/21/2024 | Hart, Nancy E. | 0.6 | ████ | $1,005.00 | 4/2/2024 |
| 4/9/2024 | Meagher, Megan E. | 1.8 | ████ | $2,268.00 | 5/3/2024 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 4/9/2024 | Wade, Peter M. | 0.3 | ███ | $430.50 | 5/3/2024 |
| 4/10/2024 | Hart, Nancy E. | 0.5 | ███ | $837.50 | 5/3/2024 |
| 4/10/2024 | Meagher, Megan E. | 0.4 | ███ | $504.00 | 5/3/2024 |
| 4/10/2024 | Wade, Peter M. | 0.5 | ███ | $717.50 | 5/3/2024 |
| 4/12/2024 | Hart, Nancy E. | 0.5 | ███ | $837.50 | 5/3/2024 |
| 4/12/2024 | Meagher, Megan E. | 1.6 | ███ | $2,016.00 | 5/3/2024 |
| 4/15/2024 | Meagher, Megan E. | 0.1 | ███ | $126.00 | 5/3/2024 |
| 4/15/2024 | Wade, Peter M. | 0.4 | ███ | $574.00 | 5/3/2024 |
| 4/16/2024 | Hart, Nancy E. | 0.9 | ███ | $1,507.50 | 5/3/2024 |
| 4/22/2024 | Hart, Nancy E. | 0.8 | ███ | $1,340.00 | 5/3/2024 |
| 4/24/2024 | Hart, Nancy E. | 1.0 | ███ | $1,675.00 | 5/3/2024 |
| 4/25/2024 | Hart, Nancy E. | 1.8 | ███ | $3,015.00 | 5/3/2024 |
| 4/25/2024 | Wade, Peter M. | 0.3 | ███ | $430.50 | 5/3/2024 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 4/30/2024 | Hart, Nancy E. | 0.3 | ██████████ | $502.50 | 5/3/2024 |
| 5/1/2024 | Hart, Nancy E. | 0.4 | ██████████ | $670.00 | 6/4/2024 |
| 5/3/2024 | Hart, Nancy E. | 0.5 | ██████████ | $837.50 | 6/4/2024 |
| 5/3/2024 | Wade, Peter M. | 0.6 | ██████████ | $861.00 | 6/4/2024 |
| 5/29/2024 | Meagher, Megan E. | 0.2 | ██████████ | $252.00 | 6/4/2024 |
| 5/30/2024 | Meagher, Megan E. | 0.3 | ██████████ | $378.00 | 6/4/2024 |
| 5/31/2024 | Hart, Nancy E. | 1.4 | ██████████ | $2,345.00 | 6/4/2024 |
| 5/31/2024 | Meagher, Megan E. | 0.2 | ██████████ | $252.00 | 6/4/2024 |
| 5/31/2024 | Wade, Peter M. | 0.6 | ██████████ | $861.00 | 6/4/2024 |
| 6/2/2024 | Meagher, Megan E. | 1.2 | ██████████ | $1,512.00 | 7/2/2024 |
| 6/3/2024 | Meagher, Megan E. | 1.3 | ██████████ | $1,638.00 | 7/2/2024 |
| 6/4/2024 | Meagher, Megan E. | 0.5 | ██████████ | $630.00 | 7/2/2024 |
| 6/4/2024 | Wade, Peter M. | 0.4 | ██████████ | $574.00 | 7/2/2024 |
| 6/5/2024 | Hart, Nancy E. | 1.7 | ██████████ | $2,847.50 | 7/2/2024 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|---|---|---|---|---|---|
| | | | | | |
| 6/6/2024 | Hart, Nancy E. | 0.8 | | $1,340.00 | 7/2/2024 |
| 6/6/2024 | Meagher, Megan E. | 0.2 | | $252.00 | 7/2/2024 |
| 6/6/2024 | Wade, Peter M. | 0.9 | | $1,291.50 | 7/2/2024 |
| 6/10/2024 | Meagher, Megan E. | 0.3 | | $378.00 | 7/2/2024 |
| 6/13/2024 | Meagher, Megan E. | 2.4 | | $3,024.00 | 7/2/2024 |
| 6/14/2024 | Meagher, Megan E. | 1.0 | | $1,260.00 | 7/2/2024 |
| 6/22/2024 | Hart, Nancy E. | 0.8 | | $1,340.00 | 7/2/2024 |
| 7/1/2024 | Hart, Nancy E. | 0.3 | | $502.50 | 8/5/2024 |
| 7/1/2024 | Wade, Peter M. | 0.7 | | $1,004.50 | 8/5/2024 |
| 7/2/2024 | Meagher, Megan E. | 1.3 | | $1,638.00 | 8/5/2024 |
| 7/9/2024 | Wade, Peter M. | 0.5 | | $717.50 | 8/5/2024 |
| 7/10/2024 | Meagher, Megan E. | 3.7 | | $4,662.00 | 8/5/2024 |
| 7/16/2024 | Hart, Nancy E. | 0.9 | | $1,507.50 | 8/5/2024 |

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 7/17/2024 | Hart, Nancy E. | 3.3 | | $5,527.50 | 8/5/2024 |
| 7/17/2024 | Wade, Peter M. | 0.4 | | $574.00 | 8/5/2024 |
| 7/18/2024 | Hart, Nancy E. | 0.9 | | $1,507.50 | 8/5/2024 |
| 7/18/2024 | Wade, Peter M. | 0.5 | | $717.50 | 8/5/2024 |
| 08/06/24 | Wade, Peter M. | 0.80 | | $1,148.00 | 9/4/2024* |
| 08/06/24 | Meagher, Megan E. | 1.70 | | $2,142.00 | 9/4/2024* |
| 08/15/24 | Hart, Nancy E. | 0.90 | | $1,507.50 | 9/4/2024* |
| 08/17/24 | Meagher, Megan E. | 0.30 | | $378.00 | 9/4/2024* |
| 08/19/24 | Hart, Nancy E. | 0.60 | | $1,005.00 | 9/4/2024* |
| 08/21/24 | Hart, Nancy E. | 0.50 | | $837.50 | 9/4/2024* |
| 08/21/24 | Wade, Peter M. | 0.80 | | $1,148.00 | 9/4/2024* |
| 08/23/24 | Wade, Peter M. | 0.60 | | $861.00 | 9/4/2024* |
| 08/23/24 | Meagher, Megan E. | 0.20 | | $252.00 | 9/4/2024* |
| 08/24/24 | Meagher, Megan E. | 1.30 | | $1,638.00 | 9/4/2024* |
| 08/26/24 | Hart, Nancy E. | 0.30 | | $502.50 | 9/4/2024* |
| 08/26/24 | Wade, Peter M. | 0.50 | | $717.50 | 9/4/2024* |

*Anticipated invoice date.*

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| 08/26/24 | Meagher, Megan E. | 3.10 | █ | $3,906.00 | 9/4/2024* |
| 08/27/24 | Hart, Nancy E. | 0.60 | █ | $1,005.00 | 9/4/2024* |
| 08/27/24 | Meagher, Megan E. | 0.40 | █ | $504.00 | 9/4/2024* |
| 08/28/24 | Hart, Nancy E. | 0.50 | █ | $837.50 | 9/4/2024* |
| 08/28/24 | Wade, Peter M. | 1.90 | █ | $2,726.50 | 9/4/2024* |
| 08/28/24 | Meagher, Megan E. | 3.30 | █ | $4,158.00 | 9/4/2024* |
| 08/29/24 | Wade, Peter M. | 0.40 | █ | $574.00 | 9/4/2024* |
| 08/29/24 | Meagher, Megan E. | 1.40 | █ | $1,764.00 | 9/4/2024* |
| 08/30/24 | Hart, Nancy E. | 0.80 | █ | $1,340.00 | 9/4/2024* |
| 08/30/24 | Wade, Peter M. | 1.90 | █ | $ 2,726.50 | 9/4/2024* |
| 08/30/24 | Meagher, Megan E. | 6.30 | █ | $7,938.00 | 9/4/2024* |
| 08/31/24 | Meagher, Megan E. | 8.00 | █ | $10,080.00 | 9/4/2024* |

*Anticipated invoice date.*

**Attorneys' Fees**

| Date | Attorney | Time Billed | Narrative | Fees Incurred | Invoice Date |
|------|----------|-------------|-----------|---------------|--------------|
| Total | | | | $1,174,716.50 | |

*\* Anticipated invoice date.*