# Exhibit E

**Costs**

| Date | Description | Cost |
|---|---|---|
| 1/14/2022 | WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20220120 DATE: 1/20/2022 Conferencing Services by Josh Obear | $ 9.67 |
| 1/27/2022 | WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20220131 DATE: 1/31/2022 Conferencing Services by Nancy Hart | $ 11.13 |
| 1/31/2022 | COURTALERT.COM, INC. INVOICE#: 233050-2201 DATE: 1/31/2022  408771/DOCUMENT RETRIEVAL SERVICE/COURTALERT FOR PACER | $ 61.24 |
| 1/31/2022 | WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20220131 DATE: 1/31/2022 Conferencing Services by Nancy Hart | $ 13.67 |
| 1/31/2022 | PACER Usage January 2022 | $ 147.60 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.10 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.90 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.30 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.10 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.20 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 2.60 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.50 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.80 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.30 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.50 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.80 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 1.00 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 1.00 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 1.20 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 1.40 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.80 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.30 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.10 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.20 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.60 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 3.20 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 2.70 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 4.80 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 1.40 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.20 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.20 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.30 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.80 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 1.60 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.70 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 1.60 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 1.00 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 1.20 |

**Costs**

| Date | Description | Cost |
|---|---|---|
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.60 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.50 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.90 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.20 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.50 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.60 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 1.30 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.50 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 1.70 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.70 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.60 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.20 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 2.60 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.30 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.20 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 1.00 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.30 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.10 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.50 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 2.70 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.10 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.10 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.10 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.40 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.60 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 1.00 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.40 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.50 |
| 2/13/2022 | In House Duplication Charge via Equitrac - 02/13/2022 | $ 0.20 |
| 2/16/2022 | K.S. ROSEN INVOICE#: 4998321502242000 DATE: 2/16/2022 Outside Services and Consultants/ISALRO Notary Services/Notarization fee for affidavit re DLA/Link Motion. | $ 20.00 |
| 2/17/2022 | WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20220228 DATE: 2/28/2022 Conferencing Services by Nancy Hart | $ 4.49 |
| 2/18/2022 | LAURA MICHELLE COPPOLA INVOICE#: 5004626903031304 DATE: 2/18/2022 Filing Fees/New York Southern District Court/Filing fees in NYSD. | $ 200.00 |
| 2/24/2022 | PACER Usage February 2022 | $ 114.10 |
| 2/28/2022 | COURTALERT.COM, INC. INVOICE#: 233050-2202 DATE: 2/28/2022 Cust No. 408771/Document Retrieval Service/CourtAlert for Pacer Baliga v. Link Motion Inc. et al -PDF - at PACER cost | $ 84.60 |
| 3/8/2022 | In House Duplication Charge via Equitrac - 03/08/2022 | $ 1.00 |
| 3/8/2022 | In House Duplication Charge via Equitrac - 03/08/2022 | $ 6.40 |
| 3/8/2022 | In House Duplication Charge via Equitrac - 03/08/2022 | $ 2.60 |

**Costs**

| Date | Description | Cost |
|---|---|---|
| 3/8/2022 | In House Duplication Charge via Equitrac - 03/08/2022 | $ 2.60 |
| 3/8/2022 | In House Duplication Charge via Equitrac - 03/08/2022 | $ 0.80 |
| 3/8/2022 | In House Duplication Charge via Equitrac - 03/08/2022 | $ 1.40 |
| 3/8/2022 | In House Duplication Charge via Equitrac - 03/08/2022 | $ 0.60 |
| 3/8/2022 | In House Duplication Charge via Equitrac - 03/08/2022 | $ 1.00 |
| 3/10/2022 | SERVING BY IRVING, INC. INVOICE#: GG-1189 DATE: 3/10/2022 | $ 348.00 |
| 3/14/2022 | WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20220320 DATE: 3/20/2022 Conferencing Services by Nancy Hart | $ 9.46 |
| 3/15/2022 | Edwards-Hogan, Carla M  03/15/2022  PACER | $ 3.40 |
| 3/24/2022 | Scott, Spencer E.  03/24/2022  Intelligize | $ 69.20 |
| 3/26/2022 | PACER Usage March 2022 | $ 94.00 |
| 3/28/2022 | Scott, Spencer E.  03/28/2022  Intelligize | $ 90.53 |
| 3/30/2022 | Bloomberg terminal 02/28/2022.  Get the amended complaint in Baliga v. Link Motion Inc. et al, | $ 200.00 |
| 3/31/2022 | COURTALERT.COM, INC. INVOICE#: 233050-2203 DATE: 3/31/2022  Customer No. 399242/Document Retrieval Service/Court Alert for Pacer - Baliga v. Link Motion Inc. et al | $ 125.97 |
| 4/7/2022 | PACER SERVICE CENTER dba U.S. COURTS AO- INVOICE#: 4387747-Q12022 DATE: 4/7/2022  Document Retrieval Service/Document retrieval service. | $ 0.30 |
| 4/13/2022 | PACER Usage April 2022 | $ 6.40 |
| 4/30/2022 | COURTALERT.COM, INC. INVOICE#: 233050-2204 DATE: 4/30/2022  Document Retrieval Service/CourtAlert for Pacer - Please see attached allocation report. N. Hart, K. Rosen, P. Wade, A. Siqueira, J. Obear   Baliga v. Link Motion Inc. et al N. Hart, K. Rosen, P. Wade, A. Siqueira, J. Obear   China AI Capital Limited v. DLA Piper LLP (US) et al N. Hart, K. Rosen, P. Wade, A. Siqueira, J. Obear   Baliga v. Link Motion Inc. et al -PDF - at PACER cost | $ 99.95 |
| 5/4/2022 | PACER Usage May 2022 | $ 9.00 |
| 5/31/2022 | COURTALERT.COM, INC. INVOICE#: 233050-2205 DATE: 5/31/2022  408771/Document Retrieval Service/CourtAlert for Pacer | $ 84.27 |
| 6/30/2022 | COURTALERT.COM, INC. INVOICE#: 233050-2206 DATE: 6/30/2022  408771/Document Retrieval Service/CourtAlert for Pacer Baliga v. Link Motion Inc. et al - PDF - at PACER cost | $ 85.79 |
| 7/29/2022 | In House Duplication Charge via Equitrac - 07/29/2022 | $ 3.10 |
| 7/29/2022 | In House Duplication Charge via Equitrac - 07/29/2022 | $ 1.80 |
| 7/29/2022 | In House Duplication Charge via Equitrac - 07/29/2022 | $ 4.30 |
| 7/29/2022 | In House Duplication Charge via Equitrac - 07/29/2022 | $ 0.30 |
| 7/29/2022 | In House Duplication Charge via Equitrac - 07/29/2022 | $ 0.20 |
| 7/29/2022 | In House Duplication Charge via Equitrac - 07/29/2022 | $ 0.20 |
| 7/29/2022 | In House Duplication Charge via Equitrac - 07/29/2022 | $ 0.20 |

**Costs**

| Date | Description | Cost |
|---|---|---|
| 7/29/2022 | In House Duplication Charge via Equitrac - 07/29/2022 | $ 0.10 |
| 7/29/2022 | In House Duplication Charge via Equitrac - 07/29/2022 | $ 0.10 |
| 7/29/2022 | In House Duplication Charge via Equitrac - 07/29/2022 | $ 2.70 |
| 7/29/2022 | In House Duplication Charge via Equitrac - 07/29/2022 | $ 4.90 |
| 7/29/2022 | In House Duplication Charge via Equitrac - 07/29/2022 | $ 2.90 |
| 7/29/2022 | In House Duplication Charge via Equitrac - 07/29/2022 | $ 0.20 |
| 7/29/2022 | In House Duplication Charge via Equitrac - 07/29/2022 | $ 0.20 |
| 7/29/2022 | In House Duplication Charge via Equitrac - 07/29/2022 | $ 2.90 |
| 7/29/2022 | Rivera, Victor A.  07/29/2022  PACER | $ 4.50 |
| 7/29/2022 | PACER Usage July 2022 | $ 18.60 |
| 7/31/2022 | COURTALERT.COM, INC. INVOICE#: 403843-2207 DATE: 7/31/2022  403843/Document Retrieval Service/Court alerts for attorneys | $ 36.75 |
| 7/31/2022 | COURTALERT.COM, INC. INVOICE#: 233050-2207 DATE: 7/31/2022  Cust #408771/Document Retrieval Service/Court Alert for Pacer | $ 80.89 |
| 8/1/2022 | UBER TECHNOLOGIES, INC. INVOICE#: 2022-08-05 DATE: 8/5/2022  Trip ID 88e3f306 08/01/2022 | $ 28.95 |
| 8/8/2022 | UBER TECHNOLOGIES, INC. INVOICE#: 2022-08-12 DATE: 8/12/2022  Trip ID 88e3f306 08/01/2022 Megan Meagher From 230 Park Ave, New York, NY 10169, US To 200 Worth St, New York, NY 10007, USA | $ 1.80 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 0.40 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 3.10 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 0.40 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 2.20 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 3.10 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 2.30 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 3.10 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 0.40 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 0.50 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 2.00 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 2.70 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 0.40 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 0.40 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 0.70 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 1.80 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 0.40 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 2.30 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 3.10 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 2.90 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 3.10 |
| 8/8/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 0.40 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/08/2022 | $ 0.90 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ 0.50 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ 0.10 |

**Costs**

| Date | Description | Cost | |
|---|---|---|---|
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.30 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.60 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.80 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.30 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 1.70 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.30 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.30 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.70 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.20 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.10 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.90 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.20 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.30 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.50 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.20 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.40 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.90 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.20 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.90 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.30 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 0.50 |
| 8/9/2022 | In House Duplication Charge via Equitrac - 08/09/2022 | $ | 125.75 |
| 8/26/2022 | Scott, Spencer E.  08/09/2022  Bloomberg Law | $ | 37.20 |
| 8/31/2022 | PACER Usage August 2022 | $ | 94.94 |
| 9/9/2022 | COURTALERT.COM, INC. INVOICE#: 233050-2208 DATE: 8/31/2022  408771/Document Retrieval Service/CourtAlert for Pacer | $ | 68.25 |
| **Total** | | **$** | **2,531.50** |