UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHINA AI CAPITAL LIMITED,

                Plaintiff,                21-CV-10911 (VM) (VF)

      -against-                **ORDER**

DLA PIPER LLP (US), and CARYN SCHECHTMAN,

                Defendants,

      -and-

LINK MOTION INC. f/k/a NQ MOBILE INC.,

                Nominal Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        At ECF No. 80, Defendant DLA Piper LLP (US) ("DLA Piper") sought to file under seal Attorney Billing Records in Exhibit D to the Declaration of Nancy Hart. DLA Piper filed a publicly available fully redacted version of the billing records and a sealed version of Exhibit D with "more limited redactions." ECF No. 80 at 3. In support of its application to seal Exhibit D, DLA Piper explained that the "limited redactions" in the billing records pertained to information protected by the attorney-client and work-product privileges. See ECF No. 80 at 2-3. For purposes of adjudicating DLA Piper's application for attorney's fees and costs, the Court needs to review the redacted information in the billing records. Accordingly, DLA Piper is directed to file under seal an unredacted version of Exhibit D with viewing restrictions limited to DLA Piper and the Court.

        **SO ORDERED.**

DATED:    New York, New York
               April 22, 2025

                                                                                   _____
                                                                       VALERIE FIGUEREDO
                                                                       United States Magistrate Judge