# FELICELLO

Michael James Maloney
Partner

Felicello Law P.C.
366 Madison Ave Fl3
New York, NY 10017
Tel. +1 (212) 584-7806
mmaloney@felicellolaw.com

December 12, 2025

**VIA ECF**

Hon. Victor Marrero
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/15/2025___

Re:  China AI Capital Ltd. v. DLA Piper LLP (US), et al., Case No. 1:21-cv-10911-VM-VF

Dear Judge Marrero:

We represent Plaintiff China AI Capital Ltd. ("Plaintiff"). Plaintiff and its counsel are in the process of perfecting an appeal of the Judgment (ECF No. 107) and related interlocutory decisions entered in this action. Plaintiff and counsel respectfully request the Court enter an Order, pursuant to Federal Rule of Appellate Procedure 10(e)(2), supplementing the record for appeal in this case with the documents identified in Annex A hereto.

Plaintiff and its counsel have appealed from: (a) the July 24 & 28, 2023 Report & Recommendation entered at ECF No. 53 & 58 (the "Sanctions R&R"), (b) the District Court's March 6, 2024 Decision and Order adopting the Sanctions R&R entered at ECF No. 65 (the "Sanctions Decision & Order"), (c) the May 22, 2025 Report & Recommendation entered at ECF No. 99 (the "Fee R&R"); (d) the District Court's November 17, 2025 Decision & Order adopting the Fee R&R at ECF No. 106 (the "Final Decision & Order"), (d) the final Judgment entered on November 18, 2025 entered at ECF No. 107, and (e) and certain interlocutory decisions and orders. *See* ECF No. 108, 109.

The appealed decisions and orders cite to numerous documents filed in related actions but which were not previously entered on the docket in this action. Citations to these documents from the other, related actions strongly suggests that the District Court considered those other documents in making its decisions in this action.

The Second Circuit has held that "[s]upplementation of the record on appeal under Rule 10(e) is properly allowed when it will provide this Court with a clearer view of the factors influencing the district court's decision." *Eng v. New York Hosp.*, 199 F.3d 1322 (2d Cir. 1999), *citing Fox v. Board of Trustees*, 42 F.3d 135, 143 (2d Cir. 1994). Here, Plaintiff submits that supplementation should be granted because the District Court considered the documents identified in Annex A when making the rulings contained in the Decisions & Orders that are the subject of the appeal.

*Admitted to practice law in New York

Hon. Victor Marrero
December 12, 2025
Page 2 of 2

For example, both Magistrate Judge Valerie Figueredo and Your Honor discussed at length, and made numerous references to, a March 9, 2022 report and recommendation by Magistrate Judge Debra Freeman filed in the related action *Baliga v. Link Motion Inc. et a.*, 1:18-cv-11642-VM-VF at ECF No. 275. *See* Annex A. Judge Figueredo and Your Honor also made numerous references to an August 25, 2022 Decision and Order adopting and accepting Judge Freeman's March 9, 2022 report and recommendation. *See* Annex A. Annex A identifies the locations in this action where the District Court cited to documents from the other, related actions.

Plaintiff respectfully submits that supplementing the record to include the documents specified in Annex A will provide the appellate court with "a clearer view of the factors influencing the district court's decision." *Eng*, 199 F.3d at 1322. For the convenience of the Court, we have attached as exhibits copies of the documents identified in Annex A.

Finally, although FRAP 10(e)(2) permits appellants to request leave to supplement from either the district court or the appellate court, it appears the preferred approach in this circuit is that "parties should generally seek relief initially from the district court." *United States v. Zichettello*, 208 F.3d 72, 93 (2d Cir. 2000). Plaintiff and its counsel are, therefore, making this request to Your Honor first.

Counsel for Defendants have advised that they do not object to this motion.

Respectfully submitted,

/s/ Michael James Maloney

Michael James Maloney

cc:     Counsel of Record (by ECF)

Annex:

A – List of documents to supplement this record

Exhibits:

Exs. 1-8 *as noted in Annex A*



Request **GRANTED**.

The Clerk of Court is ordered to supplement the record with the documents listed at Dkt. No. 111 Annex A and transmit them to the Second Circuit.

**SO ORDERED.**

12/15/2025
DATE

VICTOR MARRERO, U.S.D.J.