UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHINA AI CAPITAL LIMITED,

                              Plaintiff,              21-CV-10911 (VM) (VF)

         -against-                           **ORDER**

DLA PIPER LLP (US), and CARYN SCHECHTMAN,

                          Defendants,

                      -and-

LINK MOTION INC. f/k/a NQ MOBILE INC.,

                      Nominal Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On December 15, 2025, Plaintiff filed a proposed Order to Show Cause, seeking a stay of enforcement of the judgment pending resolution of an appeal to the United States Court of Appeals for the Second Circuit. ECF No. 113. The automatic stay of enforcement of the judgment provided by Federal Rule of Civil Procedure 62 expires today. The Court held a conference with the parties on December 17, 2025, and the parties have proposed a briefing schedule on the Order to Show Cause, which is detailed below. To maintain the status quo pending the parties briefing on the Order to Show Cause and to allow the Court time to rule on Plaintiff's request, the Court hereby temporarily stays Defendant's ability to enforce the judgment.

As discussed at the conference, Defendant's opposition to the Order to Show Cause shall be filed on or before January 7, 2026, and any reply brief by Plaintiff shall be filed on or before January 16, 2026.

**SO ORDERED.**

DATED:     New York, New York
           December 18, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge

2