UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CHINA AI CAPITAL LTD.,

Plaintiff,

-against-

DLA PIPER LLP (US), et al.,

Defendants.

----------------------------------------------------------------X

21-CV-10911 (VM) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On November 17, 2026, Interested Party Felicello Law P.C. filed a proposed order to show cause. ECF No. 126. Pursuant to Judge Marrero's pending amended referral order, Judge Figueredo is referred on this matter.

Defendant DLA Piper LLP is directed to file its opposition brief by **Monday, November 30, 2026**, and Felicello P.C. shall file its reply by **Friday, December 4, 2026**.

**SO ORDERED.**

DATED: New York, New York
November 18, 2026

VALERIE FIGUEREDO
United States Magistrate Judge